# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SWIRLATE IP LLC,**<br><br>　　　　　　Plaintiff,<br>　v.<br><br>**QUANTELA, INC.,**<br><br>　　　　　　Defendant. | C.A. No. 1:22-cv-00235-CFC<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## PLAINTIFF SWIRLATE IP LLC'S
## AMENDED RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Swirlate IP LLC states that it is a Texas limited liability company, its sole owner and managing partner is Dina Gamez, it does not have a parent corporation, and that it has no publicly held corporation owning ten percent or more of its stock.

May 20, 2022

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

CHONG LAW FIRM, P.A.

 */s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

*Attorneys for Plaintiff Swirlate IP LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
