# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SWIRLATE IP LLC,** | C.A. No. 1:21-cv-1499-CFC |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **MINE SITE TECHNOLOGIES (USA), INC.,** | **PATENT CASE** |
| Defendant. | |
| v.  **CRANE PAYMENT INNOVATIONS, INC.,** | C.A. No. 22-cv-234-CFC |
| Defendant. | |
| v.  **QUANTELA, INC.,** | |
| Defendant. | C.A. No. 22-cv-235-CFC |
| v.  **LANTRONIX, INC.,** | |
| Defendant. | C.A. No. 22-cv-249-CFC |

## NOTICE REGARDING COORDINATION

Pursuant to the Court's Order dated June 6, 2022, Plaintiff Swirlate IP LLC believes that coordinated discovery and *Markman* proceedings in the above captioned cases would be beneficial to conserve the Court's and the parties' resources and time.  The answer date for two defendants is July 22, 2022.  To allow time to negotiate a proposed schedule order after all defendants have responded to their respective complaints, Swirlate proposes a joint scheduling conference during the week of August 29, 2022 or thereafter at the Court's convenience.

| | |
|---|---|
| July 8, 2022 | CHONG LAW FIRM, P.A. |
| OF COUNSEL: | */s/ Jimmy Chong* |
| | Jimmy Chong (#4839) |
| David R. Bennett | 2961 Centerville Road, Suite 350 |
| Direction IP Law | Wilmington, DE 19808 |
| P.O. Box 14184 | Telephone: (302) 999-9480 |
| Chicago, IL 60614-0184 | Facsimile: (302) 800-1999 |
| (312) 291-1667 | Email: patent@chonglawfirm.com |

1

dbennett@directionip.com

*Attorneys for Plaintiff Swirlate IP LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
