**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SWIRLATE IP LLC,**<br><br>                    Plaintiff,<br><br>   v.<br><br>**QUANTELA, INC.,**<br><br>                    Defendant. | C.A. No. 1:22-cv-00235-CFC<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**PLAINTIFF SWIRLATE IP LLC'S
SECOND AMENDED RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Swirlate IP LLC states that it is a Texas limited liability company, its sole owner and managing partner is Dina Gamez, it does not have a parent corporation, and that it has no publicly held corporation owning ten percent or more of its stock.

The name of every owner, member, and partner of Swirlate IP LLC, proceeding up the chain of ownership until the name of every individual and corporation with a direct or indirect interest in the party is disclosed:  Dina Gamez.

| | |
|---|---|
| August 18, 2022 | CHONG LAW FIRM, P.A. |
| OF COUNSEL:<br><br>David R. Bennett<br>Direction IP Law<br>P.O. Box 14184<br>Chicago, IL 60614-0184<br>(312) 291-1667<br>dbennett@directionip.com | */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: patent@chonglawfirm.com<br><br>*Attorneys for Plaintiff Swirlate IP LLC* |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
