IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SWIRLATE IP LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>QUANTELA, INC.,<br><br>            Defendant. | C.A. No. 22-235-CFC<br><br>**JURY TRIAL DEMANDED** |

**QUANTELA, INC.'S STATEMENT CONCERNING
THIRD PARTY LIGITATION FUNDING ARRANGEMENTS**

Pursuant to the Court's Standing Order dated April 18, 2022, Defendant Quantela, Inc. states that it has not made any litigation funding arrangements with third parties.

Dated:  August 22, 2022

FISH & RICHARDSON P.C.

By: */s/ Jeremy D. Anderson*
    Jeremy D. Anderson (No. 4515)
    222 Delaware Avenue, 17th Floor
    Wilmington, Delaware 19801
    (302) 658-5070 (Telephone)
    (302) 652-0607 (Facsimile)
    janderson@fr.com

Neil J. McNabnay
Lance E. Wyatt
Aaron P. Pirouznia
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091
mcnabnay@fr.com
wyatt@fr.com
pirouznia@fr.com

**COUNSEL FOR DEFENDANT QUANTELA, INC.**