IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SWIRLATE IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-235-CFC |
| | ) | |
| QUANTELA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| SWIRLATE IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-249-CFC |
| | ) | |
| LANTRONIX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM ORDER**

Whereas the second amended Rule 7.1 disclosure statements filed by Plaintiff in the above-captioned cases identify Dina Gamez as Plaintiff's owner; and

Whereas the Court has concerns about the accuracy of these disclosure statements and Plaintiff's notices of compliance with the Court's standing orders regarding third-party litigation funding and Rule 7.1 disclosures;

NOW THEREFORE, at Wilmington on this Twelfth day of September in 2022, it is HEREBY ORDERED that:

1. The Court will hold on December 6, 2022 at 1:00 p.m. an evidentiary hearing to determine whether the amended corporate disclosure statements and notices of compliance with the Court's standing orders are accurate;

2. The following individuals shall attend the hearing in person: Jimmy Chong; David Bennett; and Dina Gamez.

*[signature]*
CHIEF JUDGE