# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

September 16, 2022

**VIA ECF**
Hon. Colm F. Connolly
United States Chief District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 31
Room 4124
Wilmington, Delaware 19801-3555

>   RE:   *Swirlate IP LLC v. Quantela, Inc.,*
>             Civil Action No. 1:22-cv-00235-CFC
>             *Swirlate IP LLC v. Lantronix, Inc.,*
>             Civil Action No. 1:22-cv-00249-CFC

Dear Judge Connolly:

In response to the Court's Memorandum Order (D.I. #22) setting an evidentiary hearing in the case captioned above, Plaintiff Swirlate IP LLC ("Plaintiff") seeks clarification and guidance from the Court so Plaintiff can bring any additional documents or evidence to the evidentiary hearing.

As stated in the previously submitted declaration (D.I. 17-1), Plaintiff does not receive from a person or entity that is not a party funding for some or all of the party's attorneys' fees and/or expense to litigate this action on a non-recourse basis. Plaintiff hired its attorneys at Chong Law Firm PA and Direction IP Law on a contingency fee basis.  Although Plaintiff's attorneys have a financial interest that is contingent on the results of the litigation, no third-party funding is received to pay for the attorneys' fees.  All funding received by Plaintiff for this litigation, including the advance of any expenses, is provided on a recourse basis.

Accordingly, Plaintiff respectfully requests guidance from the Court

---

| **WILMINGTON, DE** | **LANSDALE, PA** | **PHILADELPHIA, PA** |
|---|---|---|
| **Delaware Mailing Address** | **Pennsylvania Mailing Address** | **No Mail** |
| 2961 Centerville Rd. Ste 350 | 100 W. Main St. Ste 420 | 1845 Walnut Street, Suite 1300 |
| Wilmington, DE 19808 | Lansdale, PA  19446 | Philadelphia, PA  19103 |
| T. 302-999-9480 | T. 215-909-5204 | T. 215-909-5204 |

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

regarding any further documents or evidence it seeks to obtain in the scheduled evidentiary hearing so Plaintiff may be fully responsive and ensure that the requested information is available to the Court.

      If there are any further questions or concerns, please contact the undersigned at the Court's convenience.

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

Together with:

/s/ *David R. Bennett*
David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com