# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SWIRLATE IP LLC,**<br><br>                    Plaintiff,<br><br>       v.<br><br>**QUANTELA, INC.,**<br><br>                    Defendant. | C.A. No. 1:22-cv-00235-CFC<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE OF RULE 26(a) DISCLOSURES

Please take notice that on September 20, 2022, Plaintiff Swirlate IP LLC's Initial Disclosures Pursuant to Rule 26(a) were served by e-mail on the following counsel of record for Quantella, Inc.:

| | |
|---|---|
| Jeremy D. Anderson (No. 4515)<br>Fish & Richardson P.C.<br>222 Delaware Avenue, 17th Fl.<br>Wilmington, Delaware 19801<br>(302) 658-5070 (Telephone)<br>(302) 652-0607 (Facsimile)<br>janderson@fr.com | Neil J. McNabnay<br>Lance E. Wyatt<br>Aaron P. Pirouznia<br>Fish & Richardson P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Telephone: (214) 747-5070<br>Facsimile: (214) 747-2091<br>mcnabnay@fr.com<br>wyatt@fr.com<br>pirouznia@fr.com |

September 20, 2022

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

CHONG LAW FIRM, P.A.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

*Attorneys for Plaintiff Swirlate IP LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on all parties who have appeared in this case on September 20, 2022, and who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)