# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SWIRLATE IP LLC,** <br><br> Plaintiff, <br> v. <br><br> **QUANTELA, INC.,** <br><br> Defendant. | C.A. No. 1:22-cv-00235-CFC <br><br> **JURY TRIAL DEMANDED** <br><br> **PATENT CASE** |

## STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(2) and (c), Plaintiff Swirlate LLC and Defendant Quantela, Inc., hereby stipulate, subject to the approval and order of the Court, that Plaintiff's claims be dismissed WITH PREJUDICE and Defendant's counterclaims be dismissed WITHOUT PREJUDICE, with each Party to bear its own costs, expenses, and attorneys' fees.

Dated: October 25, 2022

| | |
|---|---|
| CHONG LAW FIRM, P.A. | FISH & RICHARDSON P.C. |
| /s/ Jimmy Chong | /s/ Jeremy D. Anderson |
| Jimmy Chong (#4839) | Jeremy D. Anderson (No. 4515) |
| 2961 Centerville Road, Suite 350 | 222 Delaware Avenue, 17th Floor |
| Wilmington, DE 19808 | Wilmington, Delaware 19801 |
| Telephone: (302) 999-9480 | (302) 658-5070 (Telephone) |
| Facsimile: (302) 800-1999 | (302) 652-0607 (Facsimile) |
| Email: patent@chonglawfirm.com | janderson@fr.com |

1

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| David R. Bennett | Neil J. McNabnay |
| Direction IP Law | Lance E. Wyatt |
| P.O. Box 14184 | Aaron P. Pirouznia |
| Chicago, IL 60614-0184 | 1717 Main Street, Suite 5000 |
| (312) 291-1667 | Dallas, TX 75201 |
| dbennett@directionip.com | Telephone: (214) 747-5070 |
| | Facsimile: (214) 747-2091 |
| *Attorneys for Plaintiff* | mcnabnay@fr.com |
| *Swirlate IP LLC* | wyatt@fr.com |
| | pirouznia@fr.com |
| | |
| | *Counsel for Defendant* |
| | *Quantela, Inc.* |

SO ORDERED this ____ day of October, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Jimmy Chong*
Jimmy Chong
