IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SWIRLATE IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-235-CFC |
| | ) | |
| QUANTELA, INC | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SWIRLATE IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-249-CFC |
| | ) | |
| LANTRONIX, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

WHEREAS the representations of David R. Bennett, counsel for Plaintiff Swirlate IP LLC, at the January 17, 2024 hearing give rise to concerns that Mr. Bennett did not adhere to the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware and the Model Rules of Professional Conduct of the American Bar Association;

NOW THEREFORE, at Wilmington on this Twenty-third day of January in 2024, it is HEREBY ORDERED that Plaintiff shall produce to the Court no later

than February 22, 2024 copies of the following documents and communications that are in the possession, custody, and control of Swirlate IP LLC, Dina Gamez, David R. Bennett, Direction IP Law, Jimmy Chong, and the Chong Law Firm:

1) Any and all retention letters and/or agreements between Swirlate IP LLC and Direction IP Law or the Chong Law Firm.

2) Any and all communications and correspondence, including emails and text messages, that Dina Gamez had with David R. Bennett, Direction IP Law, Jimmy Chong, the Chong Law Firm, Mavexar LLC, IP Edge LLC, Linh Deitz, Papool Chaudhari, and/or any representative of Mavexar LLC and/or IP Edge LLC regarding:

    a)    The formation of Swirlate IP LLC;

    b)    Assets, including patents, owned by Swirlate IP LLC;

    c)    The potential acquisition of assets, including patents, by Swirlate IP LLC;

    d)    The nature, scope, and likelihood of any liability, including but not limited to attorney fees, expenses, and litigation costs, Swirlate IP LLC could incur as a result of its acquisition of and/or assertion in litigation of any patent;

    e)    U.S. Patent Nos. 7,154,961 and 7,567,622;

      f)     The retention of Direction IP Law and the Chong Law Firm to represent Swirlate IP LLC in these cases;

      g)     The settlement or potential settlement of these cases;

      h)     The dismissal of these cases; and

      i)     The cancelled December 6, 2022 hearing.

3) Any and all communications and correspondence, including emails and text messages, that David R. Bennett, Jimmy Chong, or any employee or representative of Direction IP Law or The Chong Law Firm had with Mavexar LLC, IP Edge LLC, Linh Dietz, Papool Chaudhari, and/or any representative of Mavexar LLC and/or IP Edge LLC regarding:

      a)     The formation of Swirlate IP LLC;

      b)     Assets, including patents, owned by Swirlate IP LLC;

      c)     The potential acquisition of assets, including patents, by Swirlate IP LLC;

      d)     The nature, scope, and likelihood of any liability, including but not limited to attorney fees, expenses, and litigation costs, Swirlate IP LLC could incur as a result of its acquisition of and/or assertion in litigation of any patent;

      e)     U.S. Patent Nos. 7,154,961 and 7,567,622;

f)  The retention of Direction IP Law and the Chong Law Firm to represent Swirlate IP LLC in these cases;

g)  The settlement or potential settlement of these cases;

h)  The cancelled December 6, 2022 hearing.

                                                                                          */s/ Colm F. Connolly*
                                                                                             CHIEF JUDGE