# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SWIRLATE IP LLC,**<br><br>     Plaintiff,<br>v.<br><br>**QUANTELA, INC.,**<br><br>     Defendant. | C.A. No. 1:22-cv-00235-CFC<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |
| **SWIRLATE IP LLC,**<br><br>     Plaintiff,<br>**v.**<br><br>**LANTRONIX, INC.,**<br><br>     Defendant. | C.A. No. 1:22-cv-00249-CFC<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF PRODUCTION OF UNREDACTED AND PREVIOUSLY WITHHELD DOCUMENTS

Please take notice that, pursuant to the Court's Memorandum Order (D.I. 37), Swirlate IP, LLC has caused to produce to Judge Colm F. Connolly's Chamber on September 6, 2024, unredacted documents and previously withheld documents that had been redacted and withheld based on assertions of attorney-client privilege, work product, and/or community of interest ("ACP/WP/CI") as explained in the privilege log previously submitted to the Court. Swirlate produces these documents subject to Swirlate's Motion for Modification of the Court's Order requiring production of such documents (D.I. 38, D.I. 39) requesting that the Court refer the *in camera* inspection of the produced ACP/WP/CI documents to another judge.

1

| | |
|---|---|
| September 6, 2024 | CHONG LAW FIRM, P.A. |
| | |
| | */s/ Jimmy Chong* |
| | Jimmy Chong (#4839) |
| OF COUNSEL: | 2961 Centerville Road, Suite 350 |
| David R. Bennett | Wilmington, DE 19808 |
| Direction IP Law | Telephone: (302) 999-9480 |
| P.O. Box 14184 | Facsimile: (302) 800-1999 |
| Chicago, IL 60614-0184 | Email: chong@chonglawfirm.com |
| (312) 291-1667 | |
| dbennett@directionip.com | *Attorneys for Plaintiff* |
| | *Swirlate IP LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

<i>/s/ Jimmy Chong</i><br>
Jimmy Chong (#4839)