```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF DELAWARE

 3    SWIRLATE IP LLC,                )
                                      )
 4            Plaintiff,              )
                                      )   C.A. No. 22-235-CFC
 5      v.                            )
                                      )
 6    QUANTELA, INC.,                 )
                                      )
 7            Defendant.              )
                                      )
 8
      SWIRLATE IP LLC,                )
 9                                    )
              Plaintiff,              )
10                                    )   C.A. No. 22-249-CFC
        v.                            )
11                                    )
      LANTRONIX, INC.,                )
12                                    )
              Defendant.              )
13

14

15

16              Wednesday, September 18, 2024
                          1:00 p.m.
17                         Hearing

18

19                    844 King Street
                 Wilmington, Delaware
20

21    BEFORE: THE HONORABLE COLM F. CONNOLLY
      United States District Court Judge
22

23

24

25
```

1    APPEARANCES:

2

3                CHONG LAW FIRM, PA
                 BY:  JIMMY C. CHONG, ESQ.
4

5                -and-

6                BY:  DAVID R. BENNETT, ESQ.

7                        Counsel for the Plaintiff Swirlate

8

9

10               FINGER & SLANINA LLC
                 BY:  DAVID L. FINGER, ESQ.
11
                         Counsel for IP Edge, Mavexar and
12                       Ms. Gamez

13

14

15                    P R O C E E D I N G S

16

17       (Proceedings commenced in the courtroom beginning at

18    1:00 p.m.)

19               **THE COURT:**  Good afternoon.  Please be seated.

20    Let me get my computer up and running, and we can start.

21               All right.  Good morning.  So I've got a

22    sign-in sheet.  The only lawyer who signed is Mr. Finger,

23    who is representing Ms. Gamez?

24               **MR. FINGER:**  Yes, Your Honor.

25               **THE COURT:**  That's who you represent,

1      individually?

2                    **MR. FINGER:**  Yes.

3                    **THE COURT:**  Do you represent anybody else

4      associated with this case?

5                    **MR. FINGER:**  Yes.

6                    **THE COURT:**  Who else do you represent?

7                    **MR. FINGER:**  IP Edge and Mavexar.

8                    **THE COURT:**  So you represent IP Edge and

9      Mavexar and Ms. Gamez in her individual capacity?

10                    **MR. FINGER:**  That's correct.

11                    **THE COURT:**  All right.  And then what about

12     Swirlate?

13                    **MR. FINGER:**  I do not.

14                    **THE COURT:**  All right.  And this Mr. Chong I

15     see, and I guess right now you are still counsel of record

16     for Swirlate; is that right?

17                    **MR. CHONG:**  That's correct, Your Honor.

18                    **THE COURT:**  And then you're Mr. Bennett?

19                    **MR. BENNETT:**  Yes, Your Honor.

20                    **THE COURT:**  And you now are counsel of record

21     for Swirlate?

22                    **MR. BENNETT:**  Yes, Your Honor.

23                    **THE COURT:**  All right.

24                    Mr. Bennett, the production of documents that

25     was made most recently still has redacted documents.  Is

1    that intentional?

2              **MR. BENNETT:**  No, Your Honor.  I thought I

3    reviewed, went through all the pages.  If you tell me

4    which pages, I can...

5              **THE COURT:**  We will.  Do you have the

6    production with you?

7              **MR. BENNETT:**  A paper copy of it?

8              **THE COURT:**  Or if you have access to a

9    computer, do you have access to the production?

10             **MR. BENNETT:**  Yes.

11             **THE COURT:**  I mean, I want to run through the

12   documents that remain redacted that have not been produced

13   consistent with the order.

14             **MR. BENNETT:**  Yes, Your Honor.

15             **THE COURT:**  Okay.

16             **MR. BENNETT:**  If you can tell me, I can look at

17   them.

18             **THE COURT:**  Let's see.  Well, let's see.  It's

19   525 through 527 is my recollection.

20             Is that right?

21             All right.  So the first page is 535, and then

22   there are redactions on Page 652 to 657.  657 is, in its

23   entirety, redacted.  And there are other redactions.

24             Was that intentional?

25             **MR. BENNETT:**  No, Your Honor.

```
 1              THE COURT:  Okay.  Is there a way for you to

 2   quickly produce those while this hearing is going?  Can

 3   you get somebody to bring those documents over?

 4              MR. BENNETT:  Possibly, I can get them on a

 5   flash -- actually, I don't have a flash drive with me.

 6              So what were the pages again, Your Honor?

 7              THE COURT:  Page 535, 652 to 657, and we don't

 8   have any page number of 537 in either the original

 9   production or in the most recent production.  I'm going to

10   assume that's just an oversight.

11              MR. BENNETT:  Yeah, I would assume it is an

12   oversight, or I'll have to look back and see if there was

13   ever a document that had that page number.

14              THE COURT:  All right.  So then, can you

15   produce them forthwith?  And I'm glad to hear that that

16   was not intentional.

17              Secondly, why don't you stand up, Mr. Bennett.

18   Come on up to the podium.

19              I don't see any e-mails or texts regarding

20   before April 15 of 2000.  And yet by the context of the

21   e-mails, it seems, between you and folks from IP Edge and

22   Mavexar, it seems clear that you were already working on

23   the cases before the creation of Swirlate.  By the

24   "cases," I mean the patents and the potential for patent

25   infringement litigation.
```

1          Do you dispute that?

2          **MR. BENNETT:**  I'm not sure of the timing.  My

3     typical procedure is, before I take on a case, I review

4     the patent, and if there's an accusation of infringement,

5     what the accusation of infringement is before I decide

6     whether to take on a case or not.  I would assume I did it

7     in this case.

8          But I'm not sure what Your Honor is asking for.

9     I did the searches.  To the extent there was documents I

10    understood were relevant, I produced them, or responsive,

11    I produced them.

12         If you think there's something missing, you can

13    ask me and I'll go back.  I don't communicate with clients

14    by text.  So...

15         **THE COURT:**  Well, in this case, you didn't

16    communicate -- I don't see any communications between you

17    and Ms. Gamez.

18         **MR. BENNETT:**  Personally with Ms. Gamez,

19    that's -- that's correct, I think.

20         **THE COURT:**  Okay.  And Ms. Gamez is the only

21    natural person that owns, is a member of, or employed by

22    Swirlate, correct?

23         **MR. BENNETT:**  No.  I'm not sure I understand

24    your question.  She is the owner of Swirlate, and then...

25         **THE COURT:**  You don't understand that question?

1          **MR. BENNETT:**  Well, because they do have their

2     agent, Mavexar.  Now, are you saying is that person --

3     does it have to be a natural person?  The only natural

4     person, who signs things on behalf of Mavexar, for

5     example, the settlement agreements, would be Ms. Gamez.

6          **THE COURT:**  And so it's your position that

7     Ms. Gamez is signing settlement agreements on behalf of

8     Mavexar?

9          **MR. BENNETT:**  No, Your Honor.

10         **THE COURT:**  That's what you said.  That's

11    actually what you said.

12         **MR. BENNETT:**  I misspoke.

13         **THE COURT:**  And I don't --

14         **MR. BENNETT:**  She's signing things on behalf of

15    Swirlate.  Mavexar is an agent for Swirlate, so I'm sorry

16    if I misspoke before.

17         **THE COURT:**  Who is the client?

18         **MR. BENNETT:**  Swirlate.

19         **THE COURT:**  Okay.  All right.

20         **MR. BENNETT:**  I mean, my client is Swirlate.

21         **THE COURT:**  Excuse me?

22         **MR. BENNETT:**  My client is Swirlate.  I don't,

23    you know.

24         **THE COURT:**  So also missing from your

25    production are any communications regarding the running of

1    conflicts for Ms. Gamez or Ms. Swirlate.

2          Did you run conflicts?  Did you run Ms. Gamez's

3    name through your conflicts database at the firm?

4          **MR. BENNETT:**  I'm the sole attorney at the

5    firm, so a review -- look at Ms. Gamez and look to see if

6    I've had any work with Ms. Gamez before.

7          **THE COURT:**  When you say you are the "sole

8    attorney at the firm," how long has this firm existed?

9          **MR. BENNETT:**  Maybe 2011.  I'll have to go back

10   and look.  2011 to 2013.

11         I do have an associate now for the past, I

12   think, three years, two-and-a-half years, full-time

13   associate, but prior to that time, I was a sole

14   practitioner.

15         **THE COURT:**  Do you have a computer to run

16   conflicts searches every time you take on a new case, or

17   do you just do it based on your recollection of prior

18   clients?  How do you run conflicts?

19         **MR. BENNETT:**  I would typically do a computer

20   search.

21         **THE COURT:**  Okay.  So did you do a computer

22   search in this case to ensure that you had no conflicts

23   taking on a representation of Swirlate or Ms. Gamez?

24         **MR. BENNETT:**  That would be my procedure.  I do

25   not have a specific recollection.

1          **THE COURT:**  Okay.  And do you have any staff

2     employed by your firm?  And, actually, I should say, did

3     you in 2020?

4          **MR. BENNETT:**  No.

5          **THE COURT:**  So you would personally run

6     conflicts?

7          **MR. BENNETT:**  Yes, Your Honor.

8          **THE COURT:**  On your computer?

9          **MR. BENNETT:**  Yes, Your Honor.

10         **THE COURT:**  So I'm going to direct you to

11    maintain your records such that a third party could look

12    at your computer to see if, in fact, you ran conflicts for

13    Ms. Gamez and Swirlate before you took on this

14    representation.

15         **MR. BENNETT:**  I will maintain my computer.  It

16    is not the same computer that I would have had back in

17    2000.  I have a computer that is about two years old now,

18    or three years old.

19         **THE COURT:**  What did you do with your other

20    computer?

21         **MR. BENNETT:**  I take all of the data, put it on

22    the new computer, and then wipe the old computer.

23         **THE COURT:**  So then, all of the data should be

24    on your new computer if that's what you do, correct?

25         **MR. BENNETT:**  I don't know if search data would

1    be transferred.  I do not know.

2             **THE COURT:**  Well, I'm directing you to preserve

3    the state of all of your computers so that, if necessary,

4    a third party could determine if you ran conflicts for

5    Ms. Gamez and Swirlate.

6             As you sit here today, do you recall whether

7    you ran conflicts for Swirlate or Ms. Gamez before taking

8    on this representation?

9             **MR. BENNETT:**  As I said, that would be by

10   procedure; I do not have a specific recollection.

11            **THE COURT:**  All right.  Anything else you wish

12   to say?

13            **MR. BENNETT:**  Yes, Your Honor.

14            I guess, with respect to the motion for

15   modification that we filed that's pending before Your

16   Honor, at least for the purposes of determining the scope

17   of the evidence that's being used for the hearing, would

18   the Court disclosure whether it has returned

19   attorney/client privilege.

20            **THE COURT:**  I had reviewed it before you filed

21   your motion.

22            Your motion is denied as moot in part, and it's

23   denied as meritless in all other respects.

24            **MR. BENNETT:**  Okay.  And then the additional

25   question is the request -- so the entire thing, including

1    the request to seal the courtroom to the extent it's an

2    ethical investigation, is that -- you're saying that's

3    denied also, correct?

4              **THE COURT:**  I'm not going to phrase it that

5    way.  I'm not going to allow you to manipulate, by your

6    wording, what's going on here.

7              But insofar as you asked to seal the courtroom,

8    that request is denied.

9              **MR. BENNETT:**  Okay.  Thank you, Your Honor.

10             **THE COURT:**  Ms. Gamez, would you like to take

11   the witness stand, please.

12             Would you please remain standing and raise your

13   hand.

14             Would you please state and spell your name.

15             **THE WITNESS:**  Dina Gamez, D-I-N-A, last name

16   G-A-M-E-Z.

17       DINE GAMEZ, having been called as a witness, being

18   first duly sworn under oath or affirmed, testified as

19   follows:

20                          EXAMINATION

21   **BY THE COURT:**

22   **Q.**   Ms. Gamez, not your specific address, but, generally,

23   where do you live?

24   **A.**   Sugarland, Texas.

25   **Q.**   And what do you do for a living?

 1    **A.**    I'm a stay-at-home mom.

 2    **Q.**    How long have you been a stay-at-home mom?

 3    **A.**    For almost 14 years.

 4    **Q.**    What level of education do you have?

 5    **A.**    I have a bachelor's degree.

 6    **Q.**    Where did you go to college?

 7    **A.**    The University of Houston.

 8    **Q.**    And what did you major in?

 9    **A.**    International business.

10    **Q.**    And how long have you -- the area that you described

11    you live in, is it close to Houston?

12    **A.**    It is a suburb of Houston.

13    **Q.**    How long have you lived there?

14    **A.**    My whole life.

15    **Q.**    Now, you are identified as the sole owner and member

16    and managing member of Swirlate.  Is that accurate?

17    **A.**    That's correct, yes.

18    **Q.**    How did you come to become the owner of Swirlate?

19    **A.**    It was presented to me as a business opportunity from

20    a friend.

21    **Q.**    Now, who was that friend?

22    **A.**    Linh Deitz.

23    **Q.**    And how long have you known Linh Deitz?

24    **A.**    At that time?

25    **Q.**    Yes.

1    **A.**    It had been about three years.

2    **Q.**    Three years?

3    **A.**    Yes.

4    **Q.**    How did you meet her?

5    **A.**    Our kids go to school together.

6    **Q.**    And do you know her well?

7    **A.**    I don't think well enough, no.

8    **Q.**    Was she the person who presented the business

9    opportunity for you --

10    **A.**    Yes.

11    **Q.**    -- or to you?

12         And how did that come about?  How did she present it?

13    When?  Where?  What do you remember?

14    **A.**    We do a lot of volunteer work at the school, and I

15    mentioned wanting to go back to work because at that time

16    I had been a stay-at-home mom for, like, ten years.  And

17    when I shared that with her, she presented the

18    opportunity.

19    **Q.**    What did she say?

20    **A.**    She says that she works for a consulting company that

21    helps monetize patents.  And, you know, she explained,

22    like, their business model a little bit.  I don't recall

23    exactly all the details that she gave me.

24    **Q.**    What do you recall?

25    **A.**    I remember her saying that, if I open up an LLC, that

1    her company would be able to help me acquire patents and

2    then monetize them.

3    **Q.**    How do you monetize patents?  Did she say?

4    **A.**    Through litigation, by finding other companies that

5    are infringing on the patents.

6    **Q.**    Can you remember anything else she said?

7    **A.**    I remember asking her questions, because, you know, I

8    wanted to make sure I didn't see any red flags when she

9    was presenting it to me.

10    I asked her, like, how long has she been working

11    there?  Like how many clients do they have?  What's the

12    profit between those clients?  And that's all I remember.

13    **Q.**    Those are pretty sophisticated questions.

14    What did she say in response to those questions?

15    **A.**    I don't remember the number of clients.  I do

16    remember that the number of -- the number of the profits,

17    it was like very low, very high.  I don't remember the

18    exact numbers, but I remember the one number being like a

19    double digit, and then the next number being like five

20    digits.

21    **Q.**    One number being literally like $10 or $12?

22    **A.**    Yes.

23    **Q.**    And then the other number being?

24    **A.**    I believe it was like 30,000; I don't remember

25    exactly the amount.

1    **Q.**   And, you know, normally, when you do a business, you

2    have to do some investment first before you get returns?

3    **A.**   Right.

4    **Q.**   Well, I mean, here, what would you have to pay?  Did

5    she explain that?

6    **A.**   She explained that Mavexar would advance the money to

7    get started, and then they would recoup it once any

8    settlements were processed.

9    **Q.**   And did you talk about the risks of doing this?

10    **A.**   Yes, we did.

11    **Q.**   And what did she say about that, what the risks were?

12    **A.**   The risks would be mostly if a company would ask

13    me -- or, you know, me, as the owner, to go to court and,

14    you know, as a witness to be asked questions.

15    **Q.**   And you talked about this before you decided to --

16    **A.**   Yes.

17    **Q.**   -- be the owner of Swirlate?

18    These are not discussions that occurred more

19    recently?

20    **A.**   No, it happened before I agreed to opening the LLC.

21    **Q.**   Did you have many discussions about this or just one

22    discussion?

23    **A.**   We had one discussion, and then she gave me a copy of

24    the contract without the client's name on it.  She asked

25    me to review it, and if I had any questions, I, you know,

1    I could ask her before continuing.

2    **Q.**    And was the only risk she talked about the potential

3    for you to be a witness in court?

4    **A.**    The other risk would be me owing money from the

5    advanced costs, but she says that, you know, she assured

6    me that they are very good, and they do their very best

7    not to put their clients in that position.

8    **Q.**    Did you discuss whether Mavexar had ever had a client

9    that had lost money?

10   **A.**    Yes.

11   **Q.**    What did she say to that?

12   **A.**    She said no.

13   **Q.**    Did you ask her that?  How did that come up?

14   **A.**    I did ask her, yes.

15   **Q.**    Are you married?

16   **A.**    Yes.

17   **Q.**    I don't know want to know the details of the

18   discussion with your husband, but did you discuss with him

19   before you agreed to sign on?

20   **A.**    Yes, I did.

21   **Q.**    And you were comfortable with the risks; is that

22   right?

23   **A.**    Yes.

24   **Q.**    So then what happened?

25   **A.**    Then I let her know that I was interested, and, you

1    know, I asked her what I needed to do.  I was under the

2    assumption that I would have to go out and do the LLC

3    myself, which I did research for that, and then, you know,

4    later when I told her I was ready, she said she would do

5    it for me.

6    **Q.**    Okay.  So she formed the LLC for you; is that right?

7    **A.**    Yes.

8    **Q.**    And has she formed any LLCs for you other than

9    Swirlate?

10   **A.**    Yes, she did.

11   **Q.**    How many?

12   **A.**    I believe it was six other ones.  I'm not sure if

13   that's the exact number, but off the top of my head, I

14   think it was six.

15   **Q.**    Do they all still exist today?

16   **A.**    No, they don't.

17   **Q.**    Which ones exist today?

18   **A.**    Only Swirlate.

19   **Q.**    What happened to the others?

20   **A.**    We had -- because of this situation, we had a

21   conversation, and I, you know, said that I wanted to shut

22   everything else down until I find out what happens with

23   this.

24   **Q.**    Now, does Swirlate have a bank account?

25   **A.**    No.

 1    **Q.**    Have you, has Swirlate made any money?

 2    **A.**    Yes.

 3    **Q.**    About how much money?

 4    **A.**    Total or?

 5    **Q.**    Sure.  Total?

 6    **A.**    I would say about 30,000.

 7    **Q.**    All right.  And has Swirlate paid taxes?

 8    **A.**    Yes.

 9    **Q.**    And did you fill out the tax forms?

10    **A.**    I received tax forms from Mavexar, and my husband

11    handles the taxes, so I just gave him all the paperwork.

12    **Q.**    All right.  And so did you just directly deposit the

13    $30,000 into your personal bank account?

14    **A.**    Yes, but it wasn't like at once.  It was a period of

15    three years, and we, you know, I would get, I guess the

16    profits every three months.  So it's like small increments

17    deposited into my personal account, yes.

18    **Q.**    And about how much money have you made from the other

19    five LLCs?

20    **A.**    I don't remember.

21    **Q.**    Well, is it more than a hundred dollars?

22    **A.**    Yes.

23    **Q.**    Is it thousands of dollars?

24    **A.**    Yes.

25    **Q.**    Tens of thousands?

1    **A.**    No.

2          Swirlate, so far, has been the most profitable one.

3    **Q.**    Did the other LLCs have lawyers?

4    **A.**    Yes.

5    **Q.**    Who were the lawyers?

6    **A.**    I don't remember.

7    **Q.**    Did they file lawsuits?

8    **A.**    Yes.

9    **Q.**    Where?

10   **A.**    I don't remember.

11   **Q.**    How many lawsuits?

12   **A.**    I don't remember that either.

13   **Q.**    More than ten?

14   **A.**    Maybe around that.

15   **Q.**    Now, are aware that the Court issued orders that

16   required Swirlate to produce documents?

17   **A.**    Yes.

18   **Q.**    Did you search your computer to see if you had any

19   documents in your possession?

20   **A.**    Yes.

21   **Q.**    That were covered by the order?

22   **A.**    Yes, I did.

23   **Q.**    Who asked you to do that?

24   **A.**    Mr. Bennett.

25   **Q.**    When did he ask you?

1   **A.**   I don't remember the date.

2   **Q.**   And did he ask you directly?

3   **A.**   Yes, he did.

4   **Q.**   Now, you filed and have settled a number of lawsuits

5   in Swirlate's name, correct?

6   **A.**   Correct.

7   **Q.**   When did you first meet Mr. Bennett.  Or, actually,

8   when did you first speak with Mr. Bennett, either orally

9   or directly through e-mail or texts or letters?

10  **A.**   Back in 2022.

11  **Q.**   2022.  So that's after you filed lawsuits in

12  Swirlate's name; is that right?

13  **A.**   Right.

14  **Q.**   And you had settled lawsuits, or Swirlate, rather,

15  had settled lawsuits prior to the first time you ever

16  spoke with Mr. Bennett; is that true?

17  **A.**   Yes.

18  **Q.**   I'm going to show you what we'll mark as Exhibit 1.

19  **A.**   Okay.

20  **Q.**   All right.

21       (Exhibit 1 was marked for identification.)

22  **BY THE COURT:**

23  **Q.**   It's Bates-stamped SW15, SW20.  We'll hand it to you

24  in a second.

25  **A.**   Okay.

1    **Q.**    So do you recognize this?

2    **A.**    Yes.

3    **Q.**    What is it?

4    **A.**    This is the contract between Swirlate and Mavexar.

5    **Q.**    What is it dated in the upper, right corner?

6    **A.**    April 10, 2020.

7    **Q.**    All right.  And that's called the effective date of

8    the agreement; is that right?

9    **A.**    Yes.

10   **Q.**    On the last page, there are two signatures.  Is that

11   your signature over Dina Gamez?  How do you pronounce it?

12   **A.**    Gamez.

13   **Q.**    Gamez, thank you.

14         And it says it's date signed April 15.  Did you sign

15   it?

16   **A.**    Yes, I did.

17   **Q.**    Did you sign it by hand or electronically?  How did

18   you sign it?

19   **A.**    I used Adobe Acrobat.  It has a feature where you

20   can -- because I have a touch screen.  My computer is a

21   touch screen, so I just signed it.

22   **Q.**    The other signatory is Sanjay Pant, right?

23   **A.**    Right.

24   **Q.**    Have you ever met that person?

25   **A.**    No.

1   **Q.**   Have you ever spoken with that person?

2   **A.**   We have exchanged a few e-mails.

3   **Q.**   What does he do?

4   **A.**   I'm not sure what he does.

5   **Q.**   What have the e-mails you've exchanged with him been

6   about?

7   **A.**   Usually, he's the one that sends me the text

8   documents for me to file taxes.

9   **Q.**   Now, on Page 2 of this agreement under,

10  "Compensation," it says that the consulting company is

11  going to get 95 percent of the proceeds and the client

12  gets 5 percent; is that right?

13  **A.**   Yes.

14  **Q.**   And did you negotiate that or were you just told

15  that's what it was?

16  **A.**   I did not negotiate; I accepted the terms.

17  **Q.**   And you read the agreement?

18  **A.**   Yes, I did.

19  **Q.**   And did you ever consult with anybody before signing

20  the agreement, like a lawyer or anything like that?

21  **A.**   No, I didn't.

22  **Q.**   Now, there's another copy that was produced in the

23  file.  So if you could pull up.

24       We will mark this as Exhibit 2.

25  **A.**   Okay.

1              (Exhibit 2 was marked for identification.)

2     **BY THE COURT:**

3     **Q.**    This is Exhibit 2.  This is going to be SW46 through

4     SW51.

5              Do you recognize this?

6     **A.**    No, I don't.  Is it the same thing?

7     **Q.**    Well, you're the witness.  I don't know.  I'm asking

8     you.

9     **A.**    The only difference I see is the, this box right

10    here.

11    **Q.**    Right.  So the difference is this one doesn't tell

12    you what percentages the consulting company gets versus

13    Swirlate, right?

14    **A.**    Right.

15    **Q.**    But there's another difference.  The date.  What's

16    the effective date of this agreement?

17    **A.**    The next day.

18    **Q.**    April 11 of 2020.

19             Is it your signature on the back of that document?

20    **A.**    Yes, it is.

21    **Q.**    Do you know why you signed an agreement on April 10,

22    2020 that said Swirlate would get 5 percent, and then the

23    next day, you sign an agreement that doesn't have what

24    percentage you're going to get?

25    **A.**    No, I don't.

1   **Q.**   Now, the signature dates are also different.  If you

2   look on the second document.

3   **A.**   Uh-huh.

4   **Q.**   The April 11 one, it says, "signed April 11," whereas

5   the document that's dated April 10 says, "signed

6   April 15."

7        Does that help refresh your recollection as to what

8   happened?

9   **A.**   I don't know about the April 11.  I know I signed on

10  April 15, because that's what I have in my, you know, the

11  documents I saved.

12  **Q.**   Right.  So you're confident that you signed the first

13  document or the document that has the 5 percent?

14  **A.**   Yes.

15  **Q.**   Do you remember ever seeing a document with your

16  signature on it that did not have the 5 percent?

17  **A.**   No.

18  **Q.**   We didn't see in the production an e-mail from you to

19  Mavexar sending a signed copy.  Do you know how Mavexar

20  got the signed copy?

21  **A.**   No.

22        (Exhibit 3 was marked for identification.)

23  **BY THE COURT:**

24  **Q.**   Consistent with what you say, we do see what I'll

25  mark as Exhibit 3, which is SW38.

1          Now, this is Bates-stamped SW38.  This appears to be

2     an e-mail from Linh Deitz to you.  Is this your personal

3     e-mail?

4     **A.**   Yes, it is.

5     **Q.**   And she says, "Hello, Dina.  Please see attached the

6     consulting agreement for your new company, Swirlate IP

7     LLC.  I have also attached your certificate of formation

8     for your new company for your records.  Also included is

9     an engagement letter with David Bennett who will be lead

10    counsel for your patent litigation cases.  Can you please

11    sign and date both the consulting agreement and engagement

12    letter and send them back to me, please.  Do not hesitate

13    to give me a call if you have any questions.  Sincerely,

14    Linh Dietz."

15         And then it looks like there are attached, three

16    things.  One is a consulting agreement, and it says "half

17    executed"; one is an engagement letter from Direction IP;

18    and then one is a certificate of formation.

19         Does that help refresh your recollection as to why

20    there would be two different consulting agreements, one

21    that doesn't have the percentages of how the money would

22    be split, and one that's dated April 11?

23    **A.**   I do remember this e-mail.  But it doesn't -- it

24    doesn't refresh my memory on the document that doesn't

25    have the compensation filled out.

1    **Q.**    Now, it looks like you got an engagement letter on

2    April 15 from Linh Deitz for Mr. Bennett; is that right?

3    **A.**    Yes.

4    **Q.**    Now, had you heard of Mr. Bennett before this e-mail?

5    **A.**    No.

6    **Q.**    Did you read the engagement letter?

7    **A.**    Yes, I did.

8    **Q.**    Did you have any questions about it at the time?

9    **A.**    No.

10    **Q.**    Did you sign it?

11    **A.**    Yes.

12    **Q.**    And then what did you do with it?

13    **A.**    I signed it.  I saved a copy for myself, and I

14    e-mailed the signed document to Linh.

15    **Q.**    Did you produce, did you give Mr. Bennett the e-mail

16    that you sent to Linh Deitz returning the signed

17    engagement letter?

18    **A.**    No.

19    **Q.**    Why not?

20    **A.**    Linh used to take care of all the administrative

21    tasks that involved Swirlate.

22    **Q.**    Right.  But I thought I asked you.  Let me just be

23    really clear.  Did you independently go and search your

24    e-mails for documents that were covered by the Court's

25    orders for Swirlate to produce all of its relevant

1    documents?

2    **A.**    Oh, Mr. Bennett sent me a copy of what was requested.

3    **Q.**    Okay.  So it covered communications with regard to

4    engagement letters?

5    **A.**    Uh-huh.

6    **Q.**    But it sounds like you did not produce your e-mail to

7    Ms. Deitz?

8    **A.**    Oh, I didn't?

9    **Q.**    Well, I'm asking you.  Did you?

10    **A.**    I remember going through it, and everything that I

11    found --

12    **Q.**    Did you send Mr. Bennett the e-mails?

13    **A.**    -- I sent it to Mr. Bennett, yes.

14    **Q.**    Okay.

15            **THE COURT:**  Mr. Bennett, do you see anywhere in

16    the production where there are e-mails from Ms. Gamez to

17    Ms. Dietz?

18            **MR. BENNETT:**  I'd have to go back and look at

19    the production, Your Honor.

20            **THE COURT:**  Okay.

21            **MR. BENNETT:**  I didn't withhold any documents

22    that I was provided by Ms. Gamez.

23            **THE COURT:**  All right.  Well, we don't have

24    that.

25

 1    **BY THE COURT:**

 2    **Q.**   Now, so you signed this engagement on April 15.

 3    **A.**   Uh-huh.

 4    **Q.**   Now let's look at the engagement letter.

 5         There are a couple copies produced in the production.

 6    Let's look at the one.

 7         What are we on Exhibit 4?

 8         Exhibit 4 we'll call.  And it's SW52 to SW59.

 9         (Exhibit Number 4 was marked for identification.)

10

11    **BY THE COURT:**

12    **Q.**   So do you recognize that?

13    **A.**   Yes.

14    **Q.**   All right.  What is it?

15    **A.**   It's the engagement letter with Mr. Bennett.

16    **Q.**   Okay.  Now, the subject line, what does it say?

17    **A.**   The subject line?

18    **Q.**   The RE line, sorry.

19    **A.**   "Engagement letter and contingency fee agreement for

20    U.S. patent No. 7,154,961, 7,567,622, and related patents.

21    **Q.**   All right.  Did you know anything about these patents

22    when you received the letter?

23    **A.**   No.

24    **Q.**   The opening paragraph of the letter, which is

25    addressed to you, Ms. Gamez, it says, "I want to thank you

1    for selecting David R. Bennett, doing business as Direct

2    IP Law, to represent Swirlate IP LLC (client, you or your)

3    in certain patent licensing and enforcement actions

4    described below."

5         That's a fair reading?

6    **A.**   Yes.

7    **Q.**   And then the third paragraph says, "Client

8    represents," and the client, that's you, right?  That's

9    Swirlate?

10   **A.**   Right.

11   **Q.**   "Client represents it is the sole and exclusive owner

12   and has full authority and right to license, sublicense,

13   and prosecute an infringement action, including the right

14   to collect both past and future damages royalty for" the

15   two patents that you just mentioned, and I will use the

16   last three letters, numbers, "the '961 and '622 patents."

17        That's what it says?

18   **A.**   Yes.

19   **Q.**   Now, on the last page, you signed the letter on

20   April 15, 2020, right?

21   **A.**   Yes.

22   **Q.**   Is that accurate?  Is that your signature?

23   **A.**   Yes.

24   **Q.**   Was Swirlate the sole and exclusive owner that had

25   full authority and right to license, sublicense, and

1    prosecute any infringement actions for these two patents

2    as of April 15, 2020?

3    **A.**    I don't recall.  I would have to see the patent

4    assignment.

5    **Q.**    Let me show you that, at least what's been produced.

6    This is Exhibit 5.

7         (Exhibit Number 5 was marked for identification.)

8    **BY THE COURT:**

9    **Q.**    It's SW21, to SW24.  And the way it's produced as my

10   clerk gets it for you, you will see, it looks like, but I,

11   frankly, can't be positive, that the SW24 may be an

12   e-mail.  Well, it's an e-mail which attached an

13   assignment.  So it may be that these should have been

14   produced in the opposite order.  Let's give it to you and

15   ask.

16         So why don't you look, first of all, as SW24.  That

17   is an e-mail from Linh Deitz to you, correct?

18   **A.**    Yes.

19   **Q.**    And what does it say?

20   **A.**    "Hello, Dina.  Please see attached the assignment

21   agreement between Intertechnology Global LLC and Swirlate

22   IP LLC.  These are the patents that are being assigned to

23   your entity.  Can you please sign and date the agreement

24   and send it back to me."

25   **Q.**    And then it's got an attachment; looks like a PDF,

1    correct?

2    **A.**    Yes.

3    **Q.**    And, now, what's the date of the e-mail?

4    **A.**    It's April 22, 2020.

5    **Q.**    At 10:27 p.m., right?

6    **A.**    Uh-huh.

7    **Q.**    So this is seven days after she sends you the

8    engagement letter, correct?

9    **A.**    Yes.

10   **Q.**    And it's seven days after you signed the engagement

11   letter with Mr. Bennett's firm; is that right?

12   **A.**    Right.

13   **Q.**    So, in fact, you didn't own, Swirlate did not own

14   these patents as of the time it entered an engagement with

15   Mr. Bennett to prosecute these two patents; fair to say?

16   **A.**    Yes.

17   **Q.**    And the assignment, it looks like, is what's attached

18   as SW21 through SW23; is that right?

19   **A.**    Yes.

20   **Q.**    And it's a patent assignment between Intertechnology

21   Global and Swirlate; is that right?

22   **A.**    Right.

23   **Q.**    And it looks like it's transferring all right, title,

24   and interest in a number of patents that are listed there;

25   is that right?

```
1    A.    Right.

2    Q.    And you signed this?

3    A.    Yes.

4    Q.    And when did you sign it?

5    A.    On April 22.

6    Q.    Now, the person who signed on behalf of

7    Intertechnology Global is named Tri Lam.

8          Do you know that person?

9    A.    No, I don't.

10   Q.    Never heard of that person?

11   A.    No.

12   Q.    Have you ever had any discussions with Ms. Dietz

13   about this person, Tri Lam?

14   A.    No.

15   Q.    Do you have any questions, period, or are you just

16   signing off on stuff?

17   A.    I was -- I would, you know, take a look at it.

18   Q.    And, actually, in fairness, I don't know.  You know,

19   there's been a lot of less than fully candid things said

20   to the Court and put in front of the Court in this case,

21   and you're under oath.  So all I want are the honest

22   answers.

23   A.    Right.

24   Q.    So did you have any questions for Ms. Deitz with this

25   document or did you just sign off on it?
```

1    **A.**    I was just signing off on it.

2    **Q.**    Now, let's go back to the engagement letter.  On

3    Page 2 of the engagement letter, the second paragraph, it

4    says, "The parties have discussed strategy for potential

5    litigation on the patent portfolio."

6         And "the parties" here are Swirlate and the Bennett

7    firm, through the Direction IP law firm, right?

8    **A.**    Well, in this case, I would interpret Mavexar because

9    they are the consulting company and Mr. Bennett.

10   **Q.**    Where does it say anywhere in this letter that the

11   parties are anything other than Swirlate and the client?

12   **A.**    I'm not understanding your question.

13   **Q.**    Well, in other words, we started, we looked at the

14   opening sentence of the letter, and it says, "I want to

15   thank you for selecting David Bennett doing business as

16   Direction IP law to represent Swirlate LLC."  And it puts

17   in parentheses, "client, or you or your."

18        And the agreement, who are the parties that signed

19   the agreement?

20   **A.**    Me and Mr. Bennett.

21   **Q.**    Right.

22   **A.**    But Mavexar was acting as my agent in this case.

23   **Q.**    Right.  And, in fact, all of your communications with

24   Mr. Bennett until after these hearings started when the

25   Court raised questions, were exclusively only through

1  Mavexar; is that right?

2  **A.**   Yes.

3  **Q.**   Okay.  So, for instance, let me ask you this, at any

4  time, did Mr. Bennett or anyone from Direction IP Law talk

5  to you directly to obtain your consent to have Mavexar be

6  your agent?

7  **A.**   No.

8  **Q.**   At any time, did anyone from Direction IP Law talk to

9  you to tell you what the risks were associated with

10  consenting to Mavexar acting as your agent?

11  **A.**   No.

12  **Q.**   At any time, did anyone from Direction IP Law tell

13  you directly that your interests and the interests of

14  Swirlate may not perfectly coincide with Mavexar's

15  interest?

16  **A.**   No.

17  **Q.**   And that's because at no time did you ever

18  communicate directly with Mr. Bennett or his law firm,

19  correct?

20  **A.**   Correct.

21  **Q.**   Yet cases were settled and filed on behalf of

22  Swirlate; even though, you never had those discussions,

23  correct?

24  **A.**   Right.

25  **Q.**   Now, on Page 3 of the letter, in the first full

1    paragraph there, it says, quote, "No settlement will be

2    made without client's consent," unquote, correct?

3    **A.**    Right.

4    **Q.**    That didn't happen, correct?

5    **A.**    I would get the settlement agreements.

6    **Q.**    Right.  But you would get them through Mavexar; is

7    that right?

8    **A.**    Yes.

9    **Q.**    And then there's this sentence.  Well, let me just

10    ask you before I ask you about this sentence.

11          Was it your understanding that Mr. Bennett had a

12    relationship with Mavexar?

13    **A.**    Yes.

14    **Q.**    So on the bottom of Page 5, in this engagement

15    letter, it says, quote, "You are informed that the

16    Illinois Rules of Professional Conduct of 2010 require

17    your informed written consent before I may begin to

18    represent you when I have or had a relationship with any

19    party interested in the subject matter of my proposed

20    representation of you.  At this time, Direction IP is not

21    aware of any relationship with any other party interested

22    in the subject matter of my services to you under this

23    agreement," unquote.

24          Is that what the letter says?

25    **A.**    Yes.

1    **Q.**   So you signed this letter, and seven days later you

2    signed the assignment to get the patents transferred to

3    Swirlate; is that right?

4    **A.**   Right.

5    **Q.**   Now, has Swirlate ever owned anything else besides

6    those patents?

7    **A.**   No.

8    **Q.**   I'm going to show you Exhibit 6, which is SW27.

9          (Exhibit Number 6 was marked for identification.)

10   **BY THE COURT:**

11   **Q.**   Do you recognize that?

12   **A.**   Yes.

13   **Q.**   What is it?

14   **A.**   It is an e-mail from Linh with an engagement letter

15   for Mr. Chong to represent in a local case.

16   **Q.**   All right.  And that's dated Friday, April 17,

17   correct?

18   **A.**   Yes.

19   **Q.**   Now, there's someone copied on it.  It says, "Brandon

20   at ipedge.com.

21          Do you know who that is?

22   **A.**   No, I don't.

23   **Q.**   Did you talk to anyone other than Linh Deitz from

24   Mavexar?

25   **A.**   No.  She was the only person that I talked to.

1    **Q.**    And you said you did have some direct communications

2    with Sanjay Pant where financials or --

3    **A.**    Yes, tax forms.

4    **Q.**    -- tax forms were sent?

5    **A.**    Yes.

6    **Q.**    Other than that, did you have any direct

7    communications, that you remember, with anyone else?

8    **A.**    I had communication with -- are you asking before you

9    scheduled a hearing?

10    **Q.**    That's a really good question.

11        Let's start with before I scheduled a hearing, had

12    you ever had any communications with anybody other than

13    Linh Deitz?

14    **A.**    No.

15    **Q.**    But things changed after the hearing?

16    **A.**    Yes.

17    **Q.**    And then you started having communications with, in

18    particular, Papool Chaudhari, right?

19    **A.**    I didn't communicate directly with him, no.

20    **Q.**    You never had e-mails with him?

21    **A.**    Sometimes he would send e-mails informing me about

22    stuff.

23    **Q.**    Well, that's a communication with him?

24    **A.**    Okay.  I meant, like I -- I was interpreting as an

25    exchange.

1    **Q.**    I see.

2          And that's a good point.  So, for instance, he sent

3    you a transcript of a hearing held in this courtroom for

4    you to read, correct?

5    **A.**    Right.

6    **Q.**    And he prepped you, did he not, or was going to prep

7    you for a hearing in December of 2020, correct?

8    **A.**    He was present at the meetings with myself and

9    Mr. Bennett, but he was just -- he didn't say much.  It

10   kind of seemed like he was just there observing.

11   **Q.**    Did he prep you for today?

12   **A.**    No.

13   **Q.**    Did he participate in any kind of prep session for

14   you today?

15   **A.**    No.

16   **Q.**    Have you ever had conversations with him?

17   **A.**    No.

18   **Q.**    Was the deal you had with Mavexar for the other LLCs,

19   that you also got 5 percent?

20   **A.**    Yes.

21   **Q.**    It was always 5 percent?

22   **A.**    Yes.

23   **Q.**    And we were talking about the e-mail from Papool to

24   you.  Let's mark that as Exhibit 7, which is SW215.

25          (Exhibit 7 was marked for identification.)

1    **BY THE COURT:**

2    **Q.**   Do you know anything about Papool Chaudhari?

3    **A.**   No.

4    **Q.**   Do you know what he does for a living?

5    **A.**   No.

6    **Q.**   Do you know if he's a lawyer or not?

7    **A.**   No.

8    **Q.**   At any time, did he or anybody else explain what his

9    role in this whole thing was?

10   **A.**   No.

11   **Q.**   While we are waiting for this, let me ask you another

12   question, because I think you've been very candid.  You

13   were asked or you stated that you agreed to let Mavexar be

14   your agent in dealing with the lawyers; is that fair?

15   **A.**   Yes.

16   **Q.**   What do you think is more accurate, that you

17   consented to let Mavexar be your agent with the lawyers,

18   or you consented to let your name be used with Swirlate,

19   so that Mavexar could work with the lawyers to make as

20   much money as they could with these patents?

21   **A.**   Can you repeat that?

22   **Q.**   Yeah.  What do you think is more accurate, that you

23   consented to let Mavexar be your agent to communicate with

24   the lawyers, the lawyers being Swirlate's lawyers, or that

25   you consented to be the named owner of Swirlate, so that

1    Swirlate could be used by Mavexar and the lawyers to make

2    as much money as they could and give you 5 percent of the

3    proceeds?

4         What do you think is really more accurate?

5    **A.**   I think them being my agent.

6    **Q.**   Being your agent in what way?

7    **A.**   In being a consulting company for Swirlate to

8    monetize the patents that were assigned to it.

9    **Q.**   Even though they made 95 percent of the money and

10   Swirlate made 5 percent?

11   **A.**   That's correct.

12   **Q.**   You don't think that's really what you think, that

13   they get 95 percent, but they're the agent, you're not

14   really their agent?

15   **A.**   I'm not understanding.

16   **Q.**   Well, normally, when people have, when they hire

17   somebody to do something for them to be their agent, they

18   don't take 95 percent proceeds.

19   **A.**   Right.  My opinion on that is that they do 99 percent

20   of the work, and, you know, I contribute 1 percent.

21   **Q.**   Gotcha.  What do you contribute?

22   **A.**   I review the settlements.  I know that I have --

23   **Q.**   Well, when you review them, what do you review them

24   for?

25   **A.**   I usually just go to the settlement amount.

1    **Q.**   And what are you looking for?  How do you decide if

2    it's a good settlement or a bad settlement?

3    **A.**   I really I just search for what, you know, my

4    5 percent will be.

5    **Q.**   And what's a good 5 percent versus a bad 5 percent?

6    **A.**   In my case, it's something is better than nothing.

7    **Q.**   Have you ever turned down a settlement agreement?

8    **A.**   No, I haven't.

9    **Q.**   So how do you decide, though, because you said

10   they're your agent, right?  But you said, the 1 percent

11   you contribute, the first thing, it includes approving

12   settlement agreements; is that right?

13   **A.**   Right.

14   **Q.**   Yeah.  So give me a sense of, well, you've never

15   turned down a settlement agreement.  What's the lowest

16   settlement agreement you've ever approved?

17   **A.**   I don't remember.

18   **Q.**   What would inform your decision as to whether it was

19   a good settlement or a bad settlement in deciding whether

20   to approve it?

21   **A.**   I would rely on Mavexar and the attorneys to, you

22   know, do that for me.

23   **Q.**   Well, if that's the case, what are you contributing?

24   **A.**   My name.

25   **Q.**   Is there anything you contribute besides your name?

1    **A.**    No.

2    **Q.**    So this is an exhibit.  It's dated November 8, 2022

3    this is after the hearings start, right?

4    **A.**    Right.

5    **Q.**    And it's from Papool Chaudhari, right?

6    **A.**    Yes.

7    **Q.**    It looks like it's to you, I guess.  It doesn't have

8    your e-mail address, but do you recall receiving this?

9    **A.**    I think if I did receive it, Linh must have forwarded

10   it to me.

11   **Q.**    All right.  Thank you very much.  You may step down.

12   **A.**    Okay.  Thank you.

13        (Witness excused.)

14        **THE COURT:**  All right.  I am going to refer

15   Mr. Bennett to his bar's disciplinary counsel.  I think

16   the record is very clear that he never obtained the

17   informed consent of Swirlate to file and settle lawsuits

18   on its behalf.

19        I will explore pending those resolution of bar

20   proceedings whether he should be allowed to practice in

21   this court.  We typically defer to the state bar.  I

22   imagine we will do that in this case, but I will confer

23   with the state bar to understand how long it thinks it

24   will take to adjudicate it.

25        I think there's overwhelming evidence that

1     Mr. Bennett has not complied with the rules of ethics.

2            It's troubling because I think it's very clear

3     that the interests that he was representing were Mavexar's

4     and IP Edge's, only secondarily Swirlate.

5            I still expect, Mr. Bennett, you to produce

6     forthwith, the unredacted copies.

7            Anything else you need to address?

8            **MR. FINGER:**  Nothing from me, Your Honor.

9            **THE COURT:**  Okay.  All right.  And then,

10    lastly, I will be referring these matters to the

11    Department of Justice consistent with what I did in the

12    Nimitz cases.

13           I think this court, PTO, and the defendants in

14    all these cases have been defrauded by not knowing who

15    were the real entities litigating these matters.

16           So we're adjourned.  Thank you.

17           (The proceedings concluded at 2:09 p.m.)

18

19                 CERTIFICATE OF COURT REPORTER

20         I hereby certify that the foregoing is a true and

21    accurate transcript from my stenographic notes in the

22    proceeding.

23

                                /s/ Bonnie R. Archer
24                               Bonnie R. Archer, RPR, FCRR
                                 Official Court Reporter
25                               U.S. District Court

**BY THE COURT: [9]**
11/21 20/22 23/2
24/23 27/25 28/11
30/8 36/10 39/1
**MR. BENNETT: [36]**
3/19 3/22 4/2 4/7
4/10 4/14 4/16 4/25
5/4 5/11 6/2 6/18
6/23 7/1 7/9 7/12
7/14 7/18 7/20 7/22
8/4 8/9 8/19 8/24
9/4 9/7 9/9 9/15
9/21 9/25 10/9
10/13 10/24 11/9
27/18 27/21
**MR. CHONG: [1]**
3/17
**MR. FINGER: [7]**
2/24 3/2 3/5 3/7
3/10 3/13 43/8
**THE COURT: [47]**
**THE WITNESS: [1]**
11/15

**$**

**$10 [1]** 14/21
**$12 [1]** 14/21
**$30,000 [1]** 18/13

**'**

**'622 [1]** 29/16
**'961 [1]** 29/16

**-**

**-and [1]** 2/5

**/**

**/s [1]** 43/23

**1**

**1 percent [2]** 40/20
41/10
**10 [3]** 21/6 23/21
24/5
**10:27 p.m [1]** 31/5
**11 [5]** 23/18 24/4
24/4 24/9 25/22
**14 [1]** 12/3
**15 [8]** 5/20 21/14
24/6 24/10 26/2
28/2 29/20 30/2
**17 [1]** 36/16
**18 [1]** 1/16
**1:00 [2]** 1/16 2/18

**2**

**2000 [2]** 5/20 9/17
**2010 [1]** 35/16
**2011 [2]** 8/9 8/10
**2013 [1]** 8/10
**2020 [8]** 9/3 21/6
23/18 23/22 29/20
30/2 31/4 38/7
**2022 [3]** 20/10
20/11 42/2
**2024 [1]** 1/16
**22 [2]** 31/4 32/5
**22-235-CFC [1]** 1/4
**22-249-CFC [1]** 1/10
**2:09 [1]** 43/17

**3**

**30,000 [2]** 14/24
18/6

**5**

**5 percent [11]**
22/12 23/22 24/13
24/16 38/19 38/21
40/2 40/10 41/4
41/5 41/5
**525 [1]** 4/19
**527 [1]** 4/19
**535 [2]** 4/21 5/7
**537 [1]** 5/8

**6**

**652 [1]** 4/22 5/7
**657 [3]** 4/22 4/22
5/7

**7**

**7,154,961 [1]** 28/20
**7,567,622 [1]** 28/20

**8**

**844 [1]** 1/19

**9**

**95 percent [4]**
22/11 40/9 40/13
40/18
**99 percent [1]**
40/19

**A**

**able [1]** 14/1
**about [21]** 3/11
9/17 13/1 13/12
15/9 15/11 15/15
15/21 16/2 18/3
18/6 18/18 22/6
24/9 26/8 28/21
32/13 35/10 37/21
38/23 39/2
**accepted [1]** 22/16
**access [2]** 4/8 4/9
**account [3]** 17/24
18/13 18/17
**accurate [6]** 12/16
29/22 39/16 39/22
40/4 43/21
**accusation [2]** 6/4
6/5
**acquire [1]** 14/1
**Acrobat [1]** 21/19
**acting [2]** 33/22
34/10
**action [1]** 29/13
**actions [2]** 29/3
30/1
**actually [5]** 5/5
7/11 9/2 20/7 32/18
**additional [1]**
10/24
**address [3]** 11/22
42/8 43/7
**addressed [1]** 28/25
**adjourned [1]** 43/16
**adjudicate [1]**
42/24
**administrative [1]**
26/20
**Adobe [1]** 21/19
**advance [1]** 15/6
**advanced [1]** 16/5
**affirmed [1]** 11/18
**after [6]** 20/11
31/7 31/10 33/24
37/15 42/3
**afternoon [1]** 2/19

**again [1]** 5/6
**agent [1]** 11/4
33/22 34/6 34/10
39/14 39/17 39/23
40/5 40/6 40/13
40/14 40/17 41/10
**agreed [3]** 15/20
16/19 39/13
**agreement [19]** 21/8
22/9 22/17 22/20
23/16 23/21 23/23
25/6 25/11 25/16
28/19 30/21 30/23
33/18 33/19 35/23
41/7 41/15 41/16
**agreements [5]** 7/5
7/7 25/20 35/5
41/12
**all [35]** 2/21 3/11
3/14 3/23 4/3 4/21
5/14 7/19 9/21 9/23
10/3 10/11 10/23
13/23 14/12 17/15
18/7 18/11 18/12
20/20 21/7 26/20
26/25 27/23 28/14
28/21 30/16 31/23
32/21 33/23 36/16
42/11 42/14 43/9
43/14
**allow [1]** 11/5
**allowed [1]** 42/20
**almost [1]** 12/3
**already [1]** 5/22
**also [6]** 7/24 11/3
24/1 25/7 25/8
38/19
**always [1]** 38/21
**am [1]** 42/14
**amount [2]** 14/25
40/25
**another [3]** 22/22
23/15 39/11
**answers [1]** 32/22
**any [29]** 5/8 5/19
6/16 7/25 8/6 9/1
14/8 15/7 15/25
17/8 18/1 19/18
25/13 26/8 27/21
30/1 32/12 32/15
32/24 34/3 34/8
34/12 35/18 35/21
35/21 37/6 37/12
38/13 39/8
**anybody [4]** 3/3
22/19 37/12 39/8
**anyone [5]** 34/4
34/8 34/12 36/23
37/7
**anything [9]** 10/11
14/6 22/20 28/21
33/11 36/5 39/2
41/25 43/7
**anywhere [2]** 27/15
33/10
**APPEARANCES [1]** 2/1
**appears [1]** 25/1
**approve [1]** 41/20
**approved [1]** 41/16
**approving [1]** 41/11
**April [19]** 5/20
21/6 21/14 23/18
23/21 24/4 24/4
24/5 24/6 24/9
24/10 25/22 26/2
28/2 29/20 30/2

31/4 32/5 36/16
**April 11 [5]** 23/18
23/23 24/5
**April 11 [5]** 23/18
24/4 24/4 24/9
25/22
**April 15 [8]** 5/20
21/14 24/6 24/10
26/2 28/2 29/20
30/2
**April 17 [1]** 36/16
**April 22 [2]** 31/4
32/5
**Archer [2]** 43/23
43/24
**are [34]** 3/15 3/20
4/22 4/23 7/2 7/25
8/7 12/15 14/5
14/13 15/18 16/6
16/15 19/15 21/10
24/1 25/15 27/16
28/5 28/7 30/22
30/22 31/24 32/15
32/21 33/6 33/9
33/11 33/18 35/15
37/8 39/11 41/1
41/23
**area [1]** 12/10
**around [1]** 19/14
**as [32]** 10/6 10/9
10/22 10/23 11/7
11/17 11/18 12/15
12/19 15/13 15/14
20/18 22/24 24/7
24/25 25/19 29/1
30/2 30/9 30/16
31/14 31/18 33/15
33/22 34/10 37/24
38/24 39/19 39/20
40/2 40/2 41/18
**ask [12]** 6/13 15/12
16/1 16/13 16/14
19/25 20/2 30/15
34/3 35/10 35/10
39/11
**asked [8]** 11/7
14/10 15/14 15/24
17/1 19/23 26/22
39/13
**asking [5]** 6/8 14/7
23/7 27/9 37/8
**assigned [2]** 30/22
40/8
**assignment [6]** 30/4
30/13 30/20 31/17
31/20 36/2
**associate [2]** 8/11
8/13
**associated [2]** 3/4
34/9
**assume [1]** 5/10
5/11 6/6
**assumption [1]** 17/2
**assured [1]** 16/5
**attached [6]** 25/5
25/7 25/15 30/12
30/20 31/17
**attachment [1]**
30/25
**attorney [3]** 8/4
8/8 10/19
**attorney/client [1]**
10/19
**attorneys [1]** 41/21
**authority [2]** 29/12
29/25

**aware [2]** 19/15

**B**

**bachelor's [1]** 12/5
**back [6]** 5/12 6/13
8/9 9/16 13/15
20/10 23/19 25/12
27/18 30/24 33/2
**bad [3]** 41/2 41/5
41/19
**bank [2]** 17/24
18/13
**bar [3]** 42/19 42/21
**bar's [1]** 42/15
**based [1]** 8/17
**Bates [2]** 20/23
25/1
**Bates-stamped [2]**
20/23 25/1
**be [34]** 2/19 7/3
7/5 8/24 9/23 10/1
10/9 14/1 15/12
15/14 15/17 16/3
16/4 23/3 25/1 25/9
25/20 25/22 26/22
30/11 30/11 30/13
34/5 35/1 39/13
39/17 39/18 39/23
39/25 40/1 40/17
41/4 42/20 43/10
**because [11]** 7/1
13/15 14/7 17/20
21/20 24/10 33/8
34/17 39/12 41/9
43/2
**become [1]** 12/18
**been [13]** 4/12
11/17 12/12 13/1
13/16 14/10 19/12
22/5 30/5 30/13
32/19 39/12 43/14
**before [22]** 1/21
5/20 5/23 6/3 6/5
7/16 8/6 9/13 10/7
10/15 10/20 15/2
15/15 15/20 16/1
16/19 22/19 26/4
35/10 35/17 37/8
37/11
**begin [1]** 35/17
**beginning [1]** 2/17
**behalf [6]** 7/4 7/7
7/14 32/6 34/21
42/18
**being [11]** 10/17
11/17 14/18 14/19
14/21 14/23 30/22
39/24 40/5 40/6
40/7
**believe [2]** 14/24
17/12
**below [1]** 29/4
**BENNETT [31]** 2/6
3/18 3/24 5/17
19/24 20/7 20/8
20/16 25/9 26/2
26/4 26/15 27/2
27/12 27/13 27/15
28/15 29/1 31/15
33/6 33/9 33/15
33/20 33/24 34/4
34/18 35/11 38/9
42/15 43/1 43/5
**Bennett's [1]** 31/11

**B**

besides [2]   36/5 41/25
best [1]   16/6
better [1]   41/6
between [6]   5/21 6/16 14/12 21/4 30/21 31/20
bit [1]   13/22
Bonnie [2]   43/23 43/24
both [2]   25/11 29/14
bottom [1]   35/14
box [1]   23/9
Brandon [1]   36/19
bring [7]   12/9 12/19 13/8 13/22 15/1 29/1 33/15

**C**

C.A [2]   1/4 1/10
call [2]   25/13 28/8
called [2]   11/17 21/7
can [13]   2/20 4/4 4/16 4/16 5/2 5/4 5/14 6/12 14/6 21/20 21/10 30/23 39/21
can't [1]   30/11
candid [2]   32/19 39/12
capacity [1]   3/9
care [1]   26/20
case [14]   3/4 6/3 6/6 6/7 6/15 8/16 8/22 32/20 33/8 33/22 36/15 41/6 41/23 42/22
cases [6]   5/23 5/24 25/10 34/21 43/12 43/14
certain [1]   29/3
certificate [3]   25/7 25/18 43/19
certify [1]   43/20
CFC [2]   1/4 1/10
changed [1]   37/15
Chaudhari [3]   37/18 39/2 42/5
CHONG [4]   2/3 2/3 3/14 36/15
clear [4]   5/22 26/23 42/16 43/2
clerk [1]   30/10
client [12]   7/17 7/20 7/22 10/19 16/8 22/11 29/2 29/7 29/8 29/11 33/11 33/17
client's [2]   15/24 35/2
clients [6]   6/13 8/18 14/11 14/12 14/15 16/7
close [1]   12/11
coincide [1]   34/14
collect [1]   29/14
college [1]   12/6
COLM [1]   1/21
come [4]   5/18 12/18 13/12 16/13
comfortable [1]   16/21

commenced [1]   2/17
communicate [1]   6/13 6/16 34/18 37/19 39/23
communication [2]   37/8 37/23
communications [8]   6/16 7/25 27/3 33/23 37/1 37/7 37/12 37/17
companies [1]   14/4
company [9]   13/20 14/1 15/12 22/10 23/12 25/6 25/8 33/9 40/7
compensation [2]   22/10 25/25
complied [1]   43/1
computer [16]   2/20 4/9 8/15 8/19 8/21 9/8 9/12 9/15 9/16 9/17 9/20 9/22 9/22 9/24 19/18 21/20
computers [1]   10/3
concluded [1]   43/17
Conduct [1]   35/16
confer [1]   42/22
confident [1]   24/12
conflicts [10]   8/1 8/2 8/3 8/16 8/18 8/22 9/6 9/12 10/4 10/7
CONNOLLY [1]   1/21
consent [4]   34/5 35/2 35/17 42/17
consented [4]   39/17 39/18 39/23 39/25
consenting [1]   34/10
consistent [3]   4/13 24/24 43/11
consult [1]   22/19
consulting [9]   13/20 22/10 23/12 25/6 25/11 25/16 25/20 33/9 40/7
context [1]   5/20
contingency [1]   28/19
continuing [1]   16/1
contract [2]   15/24 21/4
contribute [4]   40/20 40/21 41/11 41/25
contributing [1]   41/23
conversation [1]   17/21
conversations [1]   38/16
copied [1]   36/19
copies [2]   28/5 43/6
copy [7]   4/7 15/23 22/22 24/19 24/20 26/13 27/2
corner [1]   21/5
correct [21]   3/10 3/17 6/19 6/22 9/24 11/3 12/17 20/5 20/6 30/17 31/1 31/8 34/19 34/20 34/23 35/2 35/4 36/17 38/4 38/7 40/11

costs [1]   16/5
could [11]   2/20 6/12 16/1 22/23 39/19 39/20 40/1 40/2
counsel [6]   2/7 2/11 3/15 3/20 25/10 42/15
couple [1]   28/5
court [14]   1/1 1/21 10/18 15/13 16/3 19/15 32/20 32/20 33/25 42/21 43/13 43/19 43/24 43/25
Court's [1]   26/24
courtroom [4]   2/17 1/1 11/7 38/3
covered [3]   19/21 26/24 27/3
creation [1]   5/23

**D**

D-I-N-A [1]   11/15
damages [1]   29/14
data [3]   9/21 9/23 9/25
database [1]   8/3
date [8]   20/1 21/7 21/14 23/15 23/16 25/11 30/23 31/3
dated [5]   21/5 24/5 25/22 36/16 42/2
dates [1]   24/1
DAVID [5]   2/6 2/10 25/9 29/1 33/15
day [2]   23/17 23/23
days [3]   31/7 31/10 36/1
deal [1]   38/18
dealing [1]   39/14
December [1]   38/7
decide [3]   6/5 41/1 41/9
decided [1]   15/15
deciding [1]   41/19
decision [1]   41/18
Defendant [2]   1/7 1/12
defendants [1]   43/13
defer [1]   42/21
defrauded [1]   43/14
degree [1]   12/5
Deitz [10]   12/22 12/23 25/2 26/2 26/16 27/7 30/17 32/24 36/23 37/13
DELAWARE [2]   1/2 1/19
denied [4]   10/22 10/23 11/3 11/8
Department [1]   43/11
deposit [1]   18/12
deposited [1]   18/17
described [2]   12/10 29/4
details [2]   13/23 16/17
determine [1]   10/4
determining [1]   10/16
did [79]
didn't [10]   6/15 14/8 22/21 24/18 27/8 27/21 31/13 35/4 37/19 38/9

Dietz [3]   2/7 27/21 27/22
difference [3]   23/9 23/11 23/15
different [2]   24/1 25/20
digit [1]   14/19
digits [1]   14/20
Dina [4]   11/15 21/11 25/5 30/20
DINE [1]   11/17
direct [4]   9/10 29/1 37/1 37/6
directing [1]   10/2
Direction [7]   25/17 33/7 33/16 34/4 34/8 34/12 35/20
directly [7]   18/12 20/2 20/9 34/5 34/13 34/18 37/19
disciplinary [1]   42/15
disclosure [1]   10/18
discuss [2]   16/8 16/18
discussed [1]   33/4
discussion [3]   15/22 15/23 16/18
discussions [4]   15/18 15/21 32/12 34/22
dispute [1]   6/1
DISTRICT [4]   1/1 1/2 1/21 43/25
do [72]
document [10]   5/13 23/19 24/2 24/5 24/13 24/13 24/15 25/24 26/14 32/25
documents [12]   3/24 3/25 4/12 5/3 6/9 19/16 19/19 22/8 24/11 26/24 27/1 27/21
does [10]   7/3 17/24 22/3 22/4 24/7 25/19 28/16 30/19 33/10 39/4
doesn't [7]   23/11 23/23 25/21 25/24 25/24 42/7
doing [3]   15/9 29/1 33/15
dollars [2]   18/21 18/23
don't [35]   5/5 5/7 5/7 5/19 6/13 6/16 6/25 7/13 7/22 9/25 13/7 13/22 14/15 14/17 14/24 16/17 17/16 18/20 19/6 19/10 19/12 20/1 23/6 23/7 23/25 24/9 27/23 30/3 30/16 32/9 32/18 36/22 40/12 40/18 41/17
double [1]   14/19
down [6]   17/22 41/7 41/15 42/11
drive [1]   5/5
duly [1]   11/18

**E**

e-mail [15]   20/9

24/18 25/2 25/3 26/15 27/6 30/12 30/12 30/17 31/3 36/14 38/23 42/8
e-mailed [1]   26/14
e-mails [9]   5/19 5/21 22/2 22/5 26/24 27/12 27/16 37/20 37/21
Edge [4]   2/11 3/7 3/8 5/21
Edge's [1]   43/4
education [1]   12/4
effective [2]   21/7 23/16
either [3]   5/8 19/12 20/8
electronically [1]   21/17
else [9]   3/3 3/6 10/11 14/6 17/22 36/5 37/7 39/8 43/7
employed [2]   6/21 9/2
enforcement [1]   29/3
engagement [18]   25/9 25/11 25/17 26/1 26/6 26/17 27/4 28/2 28/4 28/15 28/19 31/8 31/10 31/14 33/2 33/3 35/14 36/14
enough [1]   13/7
ensure [1]   8/22
entered [1]   31/14
entire [1]   10/25
entirety [1]   4/23
entities [1]   43/15
entity [1]   30/23
ESQ [3]   2/3 2/6 2/10
ethical [1]   11/2
ethics [1]   43/1
even [2]   34/22 40/9
ever [14]   5/13 16/8 20/15 21/24 22/1 22/19 24/15 32/12 34/17 36/5 37/12 38/16 41/7 41/16
every [2]   8/16 18/16
everything [2]   17/22 27/10
evidence [2]   10/17 42/25
exact [1]   14/18 17/13
exactly [2]   13/23 14/25
EXAMINATION [1]   11/20
example [1]   7/5
exchange [1]   37/25
exchanged [2]   22/2 22/5
exclusive [2]   29/11 29/24
exclusively [1]   33/25
Excuse [1]   7/21
excused [1]   42/13
executed [1]   25/17
exhibit [17]   20/18 20/21 22/24 23/1

**E**

exhibit... **[13]**
23/3 24/22 24/25
28/7 28/8 28/9 30/6
30/7 36/8 36/9
38/24 38/25 42/2
Exhibit 1 **[1]**    20/18
Exhibit 2 **[2]**    22/24
23/3
Exhibit 3 **[1]**    24/25
Exhibit 4 **[2]**    27/7
28/8
Exhibit 5 **[1]**    30/6
Exhibit 6 **[1]**    36/8
Exhibit 7 **[1]**    38/24
exist **[2]**    17/15
17/17
existed **[1]**    8/8
expect **[1]**    43/5
explain **[2]**    15/5
39/8
explained **[2]**    13/21
15/6
explore **[1]**    42/19
extent **[2]**    6/9 11/1

**F**

fact **[3]**    9/12 31/13
33/23
fair **[3]**    29/5 31/15
39/14
fairness **[1]**    32/18
far **[1]**    19/2
FCRR **[1]**    43/24
feature **[1]**    21/19
fee **[1]**    28/19
few **[1]**    22/2
file **[4]**    19/7 22/8
22/23 42/17
filed **[5]**    10/15
10/20 20/4 20/11
34/21
fill **[1]**    18/9
filled **[1]**    25/25
financials **[1]**    37/2
find **[1]**    17/22
finding **[1]**    14/4
FINGER **[3]**    2/10
2/10 2/22
firm **[10]**    2/3 8/3
8/5 8/8 8/8 9/2
31/11 33/7 33/7
34/18
first **[10]**    4/21
11/18 15/2 20/7
20/8 20/15 24/12
30/16 34/25 41/11
five **[2]**    14/19
18/19
flags **[1]**    14/8
flash **[2]**    5/5 5/5
folks **[1]**    5/21
follows **[1]**    11/19
foregoing **[1]**    43/20
formation **[2]**    25/7
25/18
formed **[2]**    17/6
17/8
forms **[4]**    18/9
18/10 37/3 37/4
forthwith **[2]**    5/15
43/6
forwarded **[1]**    42/9
found **[1]**    27/11
frankly **[1]**    30/11
Friday **[1]**    36/16

**F** (continued)

friend **[2]**    12/20
front **[1]**    32/20
full **[4]**    8/12 29/12
29/25 34/25
full-time **[1]**    8/12
fully **[1]**    32/19
future **[1]**    29/14

**G**

G-A-M-E-Z **[1]**    11/16
Gamez **[25]**    2/12
2/23 3/9 6/17 6/18
6/20 7/5 7/7 8/1
8/5 8/6 8/23 9/13
10/5 10/7 11/10
11/15 11/17 11/22
21/11 21/12 21/13
27/16 27/22 28/25
Gamez's **[1]**    8/2
gave **[3]**    13/23
15/23 18/11
generally **[1]**    11/22
get **[13]**    2/20 5/3
5/4 15/2 15/7 18/15
22/11 23/22 23/24
35/5 35/6 36/2
40/13
gets **[3]**    22/12
23/12 30/10
give **[5]**    25/13
26/15 30/14 40/2
41/14
glad **[1]**    5/15
Global **[3]**    30/21
31/21 32/7
go **[11]**    6/13 8/9
12/6 13/5 13/15
15/13 17/2 26/23
27/18 33/2 40/25
going **[14]**    5/2 5/9
9/10 11/4 11/5 11/6
20/18 22/11 23/3
23/24 27/10 36/8
38/6 42/14
good **[8]**    2/19 2/21
16/6 37/10 38/2
41/2 41/5 41/19
got **[5]**    2/21 24/20
26/1 30/25 38/19
Gotcha **[1]**    40/21
guess **[4]**    3/15
10/14 18/15 42/7

**H**

had **[29]**    5/13 8/6
8/22 9/16 10/20
13/1 13/16 15/23
15/25 16/8 16/8
16/9 17/20 17/20
19/18 20/14 20/15
26/4 29/24 32/12
34/22 35/11 35/18
37/8 37/11 37/12
37/20 38/16 38/18
half **[2]**    8/12 25/16
hand **[3]**    11/13
20/23 21/17
handles **[1]**    18/11
happen **[1]**    35/4
happened **[4]**    15/20
16/24 17/19 24/8
happens **[1]**    17/22
has **[3]**    3/25 8/8
10/18 14/10 17/8
18/1 18/7 19/2

**H** (continued)

21/19 24/13 29/12
34/5 34/6 40/9 43/5
have **[65]**
6/2 6/8 6/23 7/15
8/4 9/10 10/2 11/4
11/5 12/1 17/12
20/18 22/4 23/7
27/9 33/12 36/8
40/15
haven't **[1]**    41/6
having **[1]**    11/17
37/17
he **[20]**    19/25 20/2
20/3 22/3 22/4
37/21 38/2 38/6
38/6 38/8 38/9 38/9
38/10 38/11 38/13
39/4 39/8 42/16
42/20 43/3
he's **[2]**    22/7 39/6
head **[1]**    17/13
hear **[1]**    5/15
heard **[2]**    26/4
32/10
hearing **[8]**    1/17
5/2 10/17 37/9
37/11 37/15 38/3
38/7
hearings **[2]**    33/24
41/3
held **[1]**    38/3
Hello **[2]**    25/5
30/20
help **[3]**    14/1 24/7
25/19
helps **[1]**    13/14
her **[14]**    3/9 13/4
13/6 13/17 13/25
14/1 14/7 14/10
16/1 16/13 16/14
16/25 17/1 17/4
here **[5]**    10/6 11/6
15/4 23/10 33/6
hereby **[1]**    43/20
hesitate **[1]**    25/12
high **[1]**    14/17
him **[7]**    16/18 18/11
22/5 37/19 37/20
37/23 38/16
hire **[1]**    40/16
his **[3]**    34/18 39/8
42/15
home **[3]**    12/1 12/2
13/16
honest **[1]**    32/21
Honor **[17]**    2/24
3/17 3/19 3/22 4/2
4/14 4/25 5/6 6/8
7/9 9/7 9/9 10/13
10/16 11/9 27/19
43/8
HONORABLE **[1]**    1/21
Houston **[3]**    12/7
12/11 12/12
how **[25]**    8/8 8/18
12/2 12/10 12/13
12/18 12/23 13/4
13/12 13/12 14/3
14/10 14/11 16/13
17/11 18/3 18/18
19/11 21/11 21/17
24/19 25/21 41/1
41/9 42/23
huh **[1]**    24/3 27/5
28/3 31/6
hundred **[1]**    18/21
husband **[2]**    16/18
18/10

**I**

I'd **[1]**    27/18
I'll **[4]**    5/12 6/13

**I** (continued)

21/19 24/13 29/12
16/5 19/5 39/5
I'm **[20]**    4/9 4/9 5/5
6/2 6/8 6/23 7/15
8/4 9/10 10/2 11/4
11/5 12/1 17/12
20/18 22/4 23/7
27/9 33/12 36/8
40/15
I've **[2]**    2/21 8/6
identification **[7]**
20/21 23/1 24/22
28/9 30/7 36/9
38/25
identified **[1]**
12/15
Illinois **[1]**    35/16
imagine **[1]**    42/22
INC **[1]**    1/6 1/11
included **[1]**    25/8
includes **[1]**    41/11
including **[2]**    10/25
29/13
increments **[1]**
18/16
independently **[1]**
26/23
individual **[1]**    3/9
individually **[1]**
3/1
inform **[1]**    41/18
informed **[3]**    35/15
35/17 42/17
informing **[1]**    37/21
infringement **[5]**
5/25 6/4 6/5 29/13
30/1
infringing **[1]**    14/5
insofar **[1]**    11/7
instance **[2]**    34/3
38/2
intentional **[3]**    4/1
4/24 5/16
interest **[2]**    31/24
34/15
interested **[3]**
16/25 35/19 35/21
interests **[3]**    34/13
34/13 43/3
International **[1]**
12/9
interpret **[1]**    33/8
interpreting **[1]**
37/24
Intertechnology **[3]**
30/21 31/20 32/7
investigation **[1]**
11/2
investment **[1]**    15/2
involved **[1]**    26/21
IP **[18]**    1/3 1/8
2/11 3/7 3/8 5/21
25/6 25/17 29/2
29/2 30/22 33/7
33/16 34/4 34/8
34/12 35/20 43/4
ipedge.com **[1]**
36/20
is **[99]**
issued **[1]**    19/15
it **[104]**
it's **[24]**    4/18 7/6
10/22 11/1 18/16
20/23 21/14 28/8
28/15 30/9 30/9
30/12 30/25 31/4
31/10 31/20 31/23

**I** (continued)

8/9 24/24
I'm **[20]**    4/9 4/9 5/5
30/5
its **[3]**    4/22 26/25
42/18

**J**

JIMMY **[1]**    2/3
Judge **[1]**    1/21
just **[17]**    5/10 8/17
15/21 18/11 18/12
21/21 22/14 26/22
29/15 32/15 32/25
33/1 35/9 38/9
38/10 40/25 41/3
Justice **[1]**    43/11

**K**

kids **[1]**    13/5
kind **[2]**    38/10
38/13
King **[1]**    1/19
know **[37]**    7/23 9/25
10/1 13/6 13/21
14/7 15/1 15/13
15/14 15/25 16/5
16/17 16/17 16/25
17/1 17/3 17/21
18/15 23/7 23/21
24/9 24/9 24/10
24/19 28/21 32/8
32/17 32/18 32/18
36/21 39/2 39/4
39/6 40/20 40/22
41/3 41/22
knowing **[1]**    43/14
known **[1]**    12/23

**L**

Lam **[2]**    32/7 32/13
LANTRONIX **[1]**    1/11
last **[4]**    11/15
21/10 29/16 29/19
lastly **[1]**    43/10
later **[2]**    17/4 36/1
law **[8]**    2/3 29/2
33/7 33/16 34/4
34/8 34/12 34/18
lawsuits **[7]**    19/7
19/11 20/4 20/11
20/14 20/15 42/17
lawyer **[3]**    2/22
22/20 39/6
lawyers **[9]**    19/3
19/5 39/14 39/17
39/19 39/24 39/24
39/24 40/1
lead **[1]**    25/9
least **[2]**    10/16
30/5
less **[1]**    32/19
let **[11]**    2/20 16/25
26/22 30/5 34/3
35/9 39/11 39/13
39/17 39/18 39/23
let's **[8]**    4/18 4/18
28/4 28/6 30/14
33/2 37/11 38/24
letter **[23]**    25/9
25/12 25/17 26/1
26/6 26/17 28/4
28/15 28/19 28/22
28/24 29/19 31/8
31/11 33/2 33/3
35/10 33/14 34/25
35/15 35/16 36/1
36/14

**L**

letters [3]   20/9
27/4 29/16
level [1]   12/4
license [2]   29/12
29/25
licensing [1]   29/3
life [1]   12/14
like [24]   11/10
13/16 13/22 14/10
14/11 14/17 14/18
14/19 14/21 14/24
18/14 18/16 22/20
22/20 25/15 26/1
27/6 30/10 30/25
31/17 31/23 37/24
38/10 42/7
line [3]   28/16
28/17 28/18
Linh [13]   12/22
12/23 25/2 25/14
26/2 26/14 26/16
26/20 30/17 36/14
36/23 37/13 42/9
Linh Deitz [8]
12/22 12/23 25/2
26/2 26/16 30/17
36/23 37/13
listed [1]   31/24
literally [1]   14/21
litigating [1]
43/15
litigation [4]   5/25
14/4 25/10 33/5
little [1]   13/22
live [2]   11/23
12/11
lived [1]   12/13
living [2]   11/25
39/4
LLC [12]   1/3 1/8
2/10 13/25 15/20
17/2 17/6 25/7 29/2
30/21 30/22 33/16
LLCs [4]   17/8 18/19
19/3 38/18
local [1]   36/15
long [7]   8/8 12/2
12/10 12/13 12/23
14/10 42/23
look [12]   4/16 5/12
8/5 8/5 8/10 9/11
24/2 27/18 28/4
28/6 30/16 32/17
looked [1]   33/13
looking [1]   41/1
looks [7]   25/15
26/1 30/10 30/25
31/17 31/23 42/7
lost [1]   16/9
lot [2]   13/14 32/19
low [1]   14/17
lowest [1]   41/15

**M**

made [6]   3/25 18/1
18/18 35/2 40/9
40/10
mail [15]   20/9
24/18 25/2 25/3
25/23 26/4 26/15
27/6 30/12 30/12
30/17 31/3 36/14
38/23 42/8
mailed [1]   26/14
mails [9]   5/19 5/21

22/2 22/5 26/24
27/3 27/12 34/12
37/21
maintain [2]   9/11
9/15
major [1]   12/8
make [3]   14/8 39/19
40/1
managing [1]   12/16
manipulate [1]   11/5
many [4]   14/11
15/21 17/11 19/11
mark [4]   20/18
22/24 24/25 38/24
marked [7]   20/21
23/1 24/22 28/9
30/7 36/9 38/25
married [1]   16/15
matter [2]   35/19
35/22
matters [1]   43/10
43/15
Mavexar [29]   2/1
3/7 3/9 5/22 7/2
7/4 7/8 7/15 15/6
16/8 18/10 21/4
24/19 24/19 33/8
33/22 34/1 34/5
34/10 35/6 35/12
36/24 38/18 39/13
39/17 39/19 39/23
40/1 41/21
Mavexar's [2]   34/14
43/3
may [5]   30/11 30/13
34/14 35/17 42/11
Maybe [2]   8/9 19/14
me [34]   2/20 4/3
4/16 5/5 6/13 7/21
12/19 13/23 14/1
14/9 15/13 15/13
15/23 15/25 16/4
16/6 17/5 22/7 22/8
25/12 25/13 26/22
27/2 30/5 30/24
33/20 34/3 35/9
37/21 39/11 41/14
41/22 42/10 43/8
mean [4]   4/11 5/24
7/20 15/4
meant [1]   37/24
meet [2]   13/4 20/7
meetings [1]   38/8
member [3]   6/21
12/15 12/16
memory [1]   25/24
mentioned [2]   13/15
29/15
meritless [1]   10/23
met [1]   21/24
missing [2]   6/12
7/24
misspoke [2]   7/12
7/16
model [1]   13/22
modification [1]
10/15
mom [3]   12/1 12/2
13/16
monetize [4]   13/21
14/2 14/3 40/8
money [10]   15/6
16/4 16/9 18/1 18/3
18/18 25/21 39/20
40/2 40/9
months [1]   18/16

moot [1]   10/22
more [6]   9/19 18/16
18/21 19/13 39/16
39/22 40/4
morning [1]   2/21
most [3]   3/25 5/9
19/2
mostly [1]   15/12
motion [3]   10/14
10/21 10/22
Mr [24]   2/22 3/14
5/17 19/24 20/7
20/8 20/16 26/2
26/4 26/15 27/2
27/12 27/13 27/15
28/15 31/11 31/15
33/9 33/20 33/24
34/4 34/18 35/11
43/5
Mr. [6]   3/18 3/24
36/15 38/9 42/15
43/1
Mr. Bennett [5]
3/18 3/24 38/9
42/15 43/1
Mr. Chong [1]   36/15
Ms [19]   2/12 2/23
3/9 6/17 6/18 6/20
7/5 8/1 8/2 8/5 8/6
8/23 9/13 10/7
11/10 11/22 27/16
27/22 28/25
Ms. [7]   7/7 8/1
10/5 27/7 27/17
32/12 32/24
Ms. Deitz [2]   27/7
32/24
Ms. Dietz [2]   27/17
32/12
Ms. Gamez [2]   7/7
10/5
Ms. Swirlate [1]
8/1
much [6]   18/3 18/18
38/9 39/20 40/2
42/11
must [1]   42/9
my [24]   2/20 4/19
6/2 7/20 7/22 8/20
9/15 12/14 17/13
18/10 18/17 21/20
24/10 25/24 30/9
33/22 35/19 35/22
40/5 40/19 41/3
41/6 41/24 43/21
myself [3]   17/3
26/13 38/8

**N**

name [9]   8/3 11/14
11/15 15/24 20/5
20/12 39/18 41/24
42/12 43/9
named [2]   32/7
39/25
natural [3]   6/21
7/3 7/3
necessary [1]   10/3
need [1]   43/7
needed [1]   37/11
negotiate [2]   22/14
28/6
never [5]   32/10
34/22 37/20 41/14
42/16
new [5]   8/16 9/22

9/24 25/6 25/8
next [2]   9/23 47/4
23/17 23/23
Nimitz [1]   43/12
no [46]
No. [1]   28/20
No. 7,154,961 [1]
28/20
normally [2]   15/1
40/16
not [33]   3/13 4/12
5/16 6/2 6/6 6/8
6/23 8/25 9/16 10/1
10/10 11/4 11/5
11/22 15/18 16/7
17/12 22/4 22/16
24/16 25/12 26/19
27/6 31/13 33/12
34/14 35/20 38/6
39/6 40/13 40/15
43/1 43/14
notes [1]   43/21
nothing [2]   41/6
43/8
November [1]   42/2
November 8 [1]   42/2
now [26]   3/15 3/20
7/2 8/11 9/17 12/15
12/21 17/24 19/15
20/4 22/9 22/22
24/1 25/1 26/1 26/4
28/2 28/4 28/16
29/19 31/3 32/6
33/2 34/25 36/5
36/19
number [15]   5/8
5/13 14/15 14/16
14/16 14/18 14/19
14/21 14/23 17/13
20/4 28/9 30/7
31/24 36/9
numbers [2]   14/18
29/16

**O**

oath [2]   11/18
32/21
observing [1]   38/10
obtain [1]   34/5
obtained [2]   42/16
occurred [1]   15/18
off [4]   17/13 32/16
32/25 33/1
Official [1]   43/24
Oh [2]   27/2 27/8
Okay [20]   4/15 5/1
6/20 7/19 8/21 9/1
10/24 11/9 17/6
20/19 20/25 22/25
27/3 27/14 27/20
28/16 34/3 37/24
42/12 43/9
old [3]   9/17 9/18
9/22
once [2]   15/7 18/14
one [14]   14/18
14/21 15/21 15/23
19/2 22/7 23/11
24/4 25/16 25/17
25/18 25/20 25/22
28/6
ones [2]   17/12
17/17
only [9]   2/22 6/20
7/3 16/2 17/18 23/9
33/25 36/25 43/4

open [1]   13/25
OPENING [1]
opening [2]   15/20
28/24 33/14
opinion [1]   40/19
opportunity [3]
12/19 13/9 13/18
opposite [1]   30/14
orally [1]   20/8
order [3]   4/13
19/21 30/14
orders [2]   19/15
26/25
original [1]   5/8
other [18]   4/23
9/19 10/23 14/4
14/23 16/4 17/8
17/12 18/18 19/3
21/22 33/11 33/13
35/21 36/23 37/6
37/12 38/18
others [1]   17/19
Our [1]   13/5
out [4]   17/2 17/22
18/9 25/25
over [2]   5/3 21/11
oversight [2]   5/10
5/12
overwhelming [1]
42/25
owing [1]   16/4
own [2]   31/13 31/13
owned [1]   36/5
owner [8]   6/24
12/15 12/18 15/13
15/17 29/11 29/24
39/25
owns [1]   6/21

**P**

p.m [4]   1/16 2/18
31/5 43/17
PA [1]   2/3
page [11]   4/21 4/22
5/7 5/8 5/13 21/10
22/9 29/19 33/3
34/25 35/14
Page 2 [2]   22/9
33/3
Page 3 [1]   34/25
Page 5 [1]   35/14
Page 535 [1]   5/7
Page 652 [1]   4/22
pages [3]   4/3 4/4
5/6
paid [1]   18/7
Pant [2]   21/22 37/2
paper [1]   4/7
paperwork [1]   18/11
Papool [4]   37/18
38/23 39/2 42/5
paragraph [4]   28/24
29/7 33/3 35/1
parentheses [1]
33/17
part [1]   10/22
participate [1]
38/13
particular [1]
37/18
parties [4]   33/4
33/6 33/11 33/18
party [4]   9/11 10/4
35/19 35/21
past [2]   8/11 29/14
patent [8]   5/24 6/4
25/10 28/20 29/3

**P**
patent... [3] 30/3 31/20 33/5
patents [18] 5/24 13/21 14/1 14/3 14/5 28/20 28/21 29/15 29/16 30/1 30/22 31/14 31/15 31/24 36/2 36/6 39/20 40/8
pay [1] 15/4
PDF [1] 30/25
pending [2] 10/15 42/19
people [1] 40/16
percent [18] 22/11 22/12 23/22 24/13 24/16 38/19 38/21 40/2 40/9 40/10 40/13 40/18 40/19 40/20 41/4 41/5 41/5 41/10
percentage [1] 23/24
percentages [2] 23/12 25/21
perfectly [1] 34/14
period [2] 18/14 32/15
person [12] 6/21 7/2 7/3 7/4 13/8 21/24 22/1 32/6 32/8 32/10 32/13 36/25
personal [3] 18/13 18/17 25/2
personally [2] 6/18 9/5
phrase [1] 11/4
Plaintiff [3] 1/4 1/9 2/7
please [9] 2/19 11/11 11/12 11/14 25/5 25/10 25/12 30/20 30/23
podium [1] 15/4
point [1] 38/2
portfolio [1] 33/5
position [2] 7/6 16/7
positive [1] 30/11
possession [1] 19/19
Possibly [1] 5/4
potential [3] 5/24 16/2 33/4
practice [1] 42/20
practitioner [1] 8/14
prep [3] 38/6 38/11 38/13
prepped [1] 38/6
present [2] 13/12 38/8
presented [3] 12/19 13/8 13/17
presenting [1] 14/9
preserve [1] 10/2
pretty [1] 14/13
prior [3] 8/13 8/17 20/15
privilege [1] 10/19
procedure [3] 6/3 8/24 10/10
proceeding [1] 43/22

proceedings [3] 42/12 42/17 44/1
proceeds [3] 22/11 40/3 40/18
processed [1] 15/8
produce [7] 5/2 5/15 19/16 26/15 26/25 27/6 43/5
produced [8] 4/12 6/10 6/11 22/22 28/5 30/5 30/9 30/14
production [10] 3/24 4/6 4/9 5/9 5/9 7/25 24/18 27/16 27/19 28/5
Professional [1] 35/16
profit [1] 14/12
profitable [1] 19/2
profits [2] 14/16 18/16
pronounce [1] 21/11
proposed [1] 35/19
prosecute [3] 29/13 30/1 31/15
provided [1] 27/22
PTO [1] 43/13
pull [1] 22/23
purposes [1] 10/16
put [3] 9/21 16/7 32/20
puts [1] 33/16

**Q**
QUANTELA [1] 1/6
question [6] 6/24 6/25 10/25 33/12 37/10 39/12
questions [10] 14/7 14/13 14/14 15/14 15/25 25/13 26/8 32/15 32/24 33/25
quickly [1] 5/2
quote [2] 35/1 35/15

**R**
raise [1] 11/12
raised [1] 33/25
ran [3] 9/12 10/4 10/7
rather [1] 20/14
RE [1] 28/18
read [3] 22/17 26/6 38/4
reading [1] 29/5
ready [1] 17/4
real [1] 43/15
really [6] 26/23 37/10 40/4 40/12 40/14 41/3
recall [5] 10/6 13/22 13/24 30/3 42/8
receive [1] 42/9
received [2] 18/10 28/22
receiving [1] 42/8
recent [1] 5/9
recently [2] 3/25 15/19
recognize [4] 21/1 23/5 28/12 36/11
recollection [6] 4/19 8/17 8/25

10/10 24/7 25/19 41/1
record [4] 9/11 3/20 42/16
records [2] 9/11 25/8
recoup [1] 15/7
red [1] 14/8
redacted [3] 3/25 4/12 4/23
redactions [2] 4/22 4/23
refer [1] 42/14
referring [1] 43/10
refresh [3] 24/7 25/19 25/24
regard [1] 27/3
regarding [2] 5/19 7/25
related [2] 28/20
relationship [3] 35/12 35/18 35/21
relevant [2] 6/10 26/25
rely [1] 41/21
remain [2] 4/12 11/12
remember [20] 13/13 13/25 14/6 14/7 14/12 14/15 14/16 14/17 14/18 14/24 18/20 19/6 19/10 19/12 20/1 24/15 25/23 27/10 37/7 41/17
repeat [1] 39/21
REPORTER [2] 43/19 43/24
represent [8] 2/25 3/3 3/6 3/8 29/2 33/16 35/18 36/15
representation [4] 8/23 9/14 10/8 35/20
representing [2] 2/23 43/3
represents [2] 29/8 29/11
request [3] 10/25 11/1 11/8
requested [1] 27/2
require [1] 35/16
required [1] 19/16
research [1] 17/3
resolution [1] 42/19
respect [1] 10/14
respects [1] 10/23
response [1] 14/14
responsive [1] 6/10
returned [1] 10/18
returning [1] 26/16
returns [1] 15/2
review [6] 6/3 8/5 15/25 40/22 40/23 40/23
reviewed [2] 4/3 10/20
right [74]
risk [2] 16/2 16/4
risks [5] 15/9 15/11 15/12 16/21 34/9
role [1] 39/9
royalty [1] 29/14
RPR [1] 43/24
rules [2] 35/16

43/1
run [7] 8/2 8/9 8/2 8/15 8/18 9/5
running [2] 2/20 7/25

**S**
said [12] 7/10 7/11 10/9 14/6 16/12 17/4 17/21 23/22 32/19 37/1 41/9 41/10
same [2] 9/16 23/6
Sanjay [2] 21/22 37/2
saved [2] 24/11 26/13
say [15] 8/7 9/2 10/12 13/19 14/3 14/14 15/11 16/11 18/6 24/24 28/16 30/19 31/15 33/10 38/9
saying [3] 7/2 11/2 13/25
says [17] 13/20 16/5 21/14 22/10 24/4 24/5 25/5 25/16 28/25 29/7 29/17 33/4 33/14 35/1 35/15 35/24 36/19
scheduled [2] 37/9 37/11
school [2] 13/5 13/14
scope [1] 10/16
screen [2] 21/20 21/21
seal [2] 11/1 11/7
search [6] 8/20 8/22 9/25 19/18 26/23 41/3
searches [2] 6/9 8/16
seated [1] 2/19
second [3] 20/24 24/2 33/3
secondarily [1] 43/4
Secondly [1] 5/17
see [19] 3/15 4/18 4/18 5/12 5/19 6/16 8/5 9/12 14/8 19/18 23/9 24/18 24/24 25/5 27/15 30/3 30/10 30/20 38/1
seeing [2] 24/15
seemed [1] 38/10
seems [2] 5/21 5/22
selecting [2] 29/1 33/15
send [4] 25/12 27/12 30/24 37/21
sending [1] 24/19
sends [2] 22/7 31/7
sense [1] 41/14
sent [5] 26/16 27/2 27/13 37/4 38/2
sentence [3] 33/14 35/9 35/10
September [1] 1/16
services [1] 35/22
session [1] 38/13
settle [1] 42/17
settled [4] 20/4

20/14 20/15 34/21
settlement [13] 7/5 41/7 41/12 41/7 41/12 41/15 41/16 41/19 41/19
settlements [2] 15/8 40/22
seven [3] 31/7 31/10 36/1
shared [1] 13/17
she [32] 6/24 13/8 13/12 13/17 13/19 13/20 13/20 13/21 13/23 14/3 14/6 14/8 14/10 14/14 15/5 15/6 15/11 15/23 15/24 16/2 16/5 16/5 16/11 16/12 17/4 17/4 17/6 17/8 17/10 25/5 31/7 36/25
She's [1] 7/14
sheet [1] 2/22
should [4] 9/2 9/23 30/13 42/20
show [3] 20/18 30/5 36/8
shut [1] 17/21
sign [11] 2/22 16/19 21/14 21/17 21/18 23/23 25/11 26/10 30/23 32/4 32/25
sign-in [1] 2/22
signatory [1] 21/22
signature [5] 21/11 23/19 24/1 24/16 29/22
signatures [1] 21/10
signed [21] 2/22 21/14 21/21 23/21 24/4 24/5 24/9 24/12 24/19 24/20 26/13 26/14 26/16 28/2 29/19 31/10 32/2 32/6 33/18 36/1 36/2
signing [5] 7/7 7/14 22/19 32/16 33/1
signs [1] 7/4
Sincerely [1] 25/13
sit [1] 10/6
situation [1] 17/20
six [3] 17/12 17/14 17/14
SLANINA [1] 2/10
small [1] 18/16
so [47]
sole [6] 8/4 8/7 8/13 12/15 29/11 29/24
some [2] 15/2 37/1
somebody [2] 5/3 40/17
someone [1] 36/19
something [3] 6/12 40/17 41/6
Sometimes [1] 37/21
sophisticated [1] 14/13
sorry [2] 7/15 28/18
sounds [1] 27/6
speak [1] 20/8

## S

specific [3]  8/25 10/10 11/22
spell [1]  11/14
split [1]  25/22
spoke [1]  20/16
spoken [1]  22/1
staff [1]  9/1
stamped [2]  20/23 25/1
stand [2]  5/17 11/11
standing [1]  11/12
start [3]  2/20 37/11 42/3
started [4]  15/7 33/13 33/24 37/17
state [4]  10/3 11/14 42/21 42/23
stated [1]  39/13
STATES [2]  1/1 1/21
stay [3]  12/1 12/2 13/16
stenographic [1]  43/21
step [1]  42/11
still [4]  3/15 3/25 17/15 43/5
strategy [1]  33/4
Street [1]  1/19
stuff [2]  32/16 37/22
subject [4]  28/16 28/17 35/19 35/22
sublicense [2]  29/12 29/25
suburb [1]  12/12
such [1]  9/11
Sugarland [1]  11/24
sure [7]  6/2 6/8 6/23 14/8 17/12 18/5 22/4
SW15 [1]  20/23
SW20 [1]  20/23
SW21 [2]  30/9 31/18
SW215 [1]  38/24
SW23 [1]  31/18
SW24 [3]  30/9 30/11 30/16
SW27 [1]  36/8
SW38 [2]  24/25 25/1
SW46 [1]  23/3
SW51 [1]  23/4
SW52 [1]  28/8
SW59 [1]  28/8
SWIRLATE [56]
Swirlate's [3]  20/5 20/12 39/24
sworn [1]  11/18

## T

take [9]  6/3 6/6 8/16 9/21 11/10 26/20 32/17 40/18 42/24
taking [2]  8/23 10/7
talk [4]  15/9 34/4 34/8 36/23
talked [3]  15/15 16/2 36/25
talking [1]  38/23
tasks [1]  26/21
tax [4]  18/9 18/10 37/3 37/4
taxes [1]  18/7

18/11 22/8
Tech [5]  11/13 12/15 23/11 34/9 34/12
ten [2]  13/16 19/13
Tens [1]  18/25
terms [1]  22/16
testified [1]  11/18
Texas [1]  11/24
text [2]  6/14 22/7
texts [2]  5/19 20/9
than [9]  17/8 18/21 19/13 32/19 33/11 36/23 37/6 37/12 41/6
thank [7]  11/9 21/13 28/25 33/15 42/11 42/12 43/16
that [150]
that's [33]  2/25 3/10 3/17 5/10 6/19 6/19 7/10 7/10 9/24 10/15 10/17 11/2 12/17 14/12 17/13 20/11 21/7 22/15 24/5 24/10 25/22 29/5 29/8 29/8 29/17 34/17 36/16 37/10 37/23 38/2 40/11 40/12 41/23
their [6]  7/1 13/22 16/6 16/7 40/14 40/17
them [12]  4/17 5/4 5/15 6/10 6/11 14/2 25/12 35/6 40/5 40/17 40/23 40/23
then [25]  3/11 3/18 4/21 5/14 6/24 9/22 9/23 10/24 14/2 14/19 14/23 15/7 15/23 16/24 16/25 17/3 23/22 25/15 25/18 26/12 29/7 30/25 35/9 37/17 43/9
there [16]  4/22 4/23 5/1 5/12 6/9 12/13 14/11 21/10 21/15 25/20 27/16 28/5 31/24 35/1 38/10 41/25
there's [8]  6/4 6/12 22/22 23/15 32/19 35/9 36/19 42/25
these [12]  15/18 28/21 30/1 30/13 30/22 31/14 31/15 33/24 39/20 43/10 43/14 43/15
they [16]  7/1 14/11 15/7 16/6 16/6 17/15 17/16 19/7 33/9 39/20 40/2 40/9 40/13 40/16 40/17 40/19
they're [2]  40/13 41/10
thing [4]  10/25 23/6 39/9 41/11
things [5]  7/4 7/14 25/16 32/19 37/15
think [17]  6/12 6/19 8/12 13/7 17/14 39/12 39/16 39/22 40/4 40/5

40/12 40/12 42/9 43/13
thinks [1]  42/23
third [3]  9/11 10/4 29/7
this [55]
those [8]  5/2 5/3 14/12 14/13 14/14 34/22 36/6 42/19
though [3]  34/22 40/9 41/9
thought [2]  4/2 26/22
thousands [2]  18/23 18/25
three [8]  8/12 9/18 13/1 13/2 18/15 18/16 25/15 29/16 through [12]  4/3 4/11 4/19 8/3 14/4 20/9 23/3 27/10 31/18 33/7 33/25 35/6
time [14]  8/12 8/13 8/16 12/24 13/15 20/15 26/8 31/14 34/4 34/8 34/12 34/17 35/20 39/8
timing [1]  6/2
title [1]  31/23
today [5]  10/6 17/15 17/17 38/11 38/14
together [1]  13/5
told [2]  17/4 22/14
took [1]  9/13
top [1]  17/13
Total [2]  18/4 18/5
touch [2]  21/20 21/21
transcript [2]  38/3 43/21
transferred [2]  10/1 36/2
transferring [1]  31/23
Tri [2]  32/7 32/13
troubling [1]  43/2
true [2]  20/16 43/20
turned [2]  41/7 41/15
two [7]  8/12 9/17 21/10 25/20 29/15 30/1 31/15
typical [1]  6/3
typically [2]  8/19 42/21

## U

U.S [2]  28/20 43/25
Uh [4]  24/3 27/5 28/3 31/6
Uh-huh [4]  24/3 27/5 28/3 31/6
under [5]  11/18 17/1 22/9 32/21 35/22
understand [3]  6/23 6/25 42/23
understanding [3] 33/12 35/11 40/15
understood [1]  6/10
UNITED [2]  1/1 1/21
University [1]  12/7

unquote [2]  35/2 35/2
unread [5]
unredacted [1]  43/6
until [2]  17/22 33/24
up [2]  2/20 5/17 5/18 13/25 16/13 22/23
upper [1]  21/5
use [1]  29/15
used [5]  10/17 21/19 26/20 39/18 40/1
usually [2]  22/7 40/25

## V

versus [2]  23/12 41/5
very [8]  14/17 14/17 16/6 16/6 39/12 42/11 42/16 43/2
volunteer [1]  13/14

## W

waiting [1]  39/11
want [5]  4/11 16/17 28/25 32/21 33/14
wanted [2]  14/8 17/21
wanting [1]  13/15
was [46]
wasn't [1]  18/14
way [4]  5/1 11/5 30/9 40/6
we [25]  2/20 4/5 5/7 10/15 13/14 15/10 15/23 17/20 17/20 18/15 22/2 22/24 24/18 24/24 27/23 28/7 33/13 33/13 38/23 39/11 42/21 42/22
we'll [3]  20/18 20/23 28/8
we're [1]  43/16
Wednesday [1]  1/16
well [20]  4/18 6/15 7/1 10/12 13/6 13/7 15/4 18/21 23/7 27/9 27/23 30/12 33/8 33/13 35/9 37/23 40/16 40/23 41/14 41/23
went [1]  4/3
were [15]  5/6 5/22 6/10 15/8 15/11 16/21 19/5 19/21 22/14 26/24 33/25 34/9 34/21 37/4 38/23 39/13 40/8 43/3 43/15
what [60]
what's [8]  11/6 14/11 23/15 30/5 31/3 31/17 41/5 41/15
when [16]  8/7 13/13 13/17 14/8 15/1 17/4 19/25 20/7 20/8 28/22 33/24 35/18 40/16 40/16 40/23
where [8]  11/23 12/6 13/13 19/9

21/19 27/16 33/10 39/9
whereas [1]  24/4
whether [7]  6/6 10/6 10/18 16/8 41/18 41/19 42/20
which [8]  4/4 17/3 17/17 24/25 28/24 30/12 36/8 38/24
while [2]  5/2 39/11
who [15]  2/22 2/23 2/25 3/6 7/4 7/17 12/21 13/8 19/5 19/23 25/9 32/6 33/18 36/21 43/14
whole [2]  12/14 39/9
why [5]  5/17 23/21 25/19 26/19 30/16
will [13]  4/5 9/15 22/24 25/9 29/15 30/10 35/1 41/4 42/19 42/22 42/22 42/24 43/10
Wilmington [1]  1/19
wipe [1]  9/22
wish [1]  10/11
withhold [1]  27/21
without [2]  15/24 35/2
witness [6]  11/11 11/17 15/14 16/3 23/7 42/13
wording [1]  11/6
words [1]  33/13
work [5]  8/6 13/14 13/15 39/19 40/20
working [2]  5/22 14/10
works [1]  13/20
would [35]  5/11 6/6 7/5 8/19 8/24 9/5 9/16 9/25 10/9 10/17 11/10 11/12 11/14 14/1 15/4 15/6 15/7 15/12 15/12 16/4 17/2 17/4 18/6 18/15 23/22 25/20 25/21 30/3 32/17 33/8 35/5 35/6 37/21 41/18 41/21
written [1]  35/17

## Y

Yeah [3]  5/11 39/22 41/14
years [9]  8/12 8/12 9/17 9/18 12/3 13/1 13/2 13/16 18/15
yes [73]
yet [2]  5/20 34/21
you [283]
you're [7]  3/18 11/2 23/7 23/24 24/12 32/21 40/13
you've [4]  22/5 9/12 41/14 41/16
your [73]